nThu Jan  4 16:29:35 2007

UNITED STATES DISTRICT COURT

DENVER                , CO

Receipt No.    100 273486
Cashier              stacie

C.C. Number: SEE CC REC                    10/09

DO Code      Div No
  4613         1

| Sub Acct Type | Tender | Amount |
|---|---|---|
| 1:510000  N | 4 | 190.00 |
| 2:086900  N | 4 | 60.00 |
| 3:086400  N | 4 | 100.00 |

Total Amount          $      350.00

FROM GERALD P MCDERMOTT

07-CV-00029, NEW COMPLAINT,S G