IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07CV00029-RPM-PAC

BUCK MALOY MELTON,

Plaintiff,

v.

CITY OF GUNNISON, COLORADO; OFFICER RONALD MOORE, individually, and
OFFICER GRACE COWAN, individually,

Defendants.

## WAIVER AND ACCEPTANCE OF SERVICE

| | |
|---|---|
| STATE OF COLORADO | ) |
| | ) ss. |
| CITY AND COUNTY OF DENVER | ) |

    I, Eric M. Ziporin, of the law firm of Senter Goldfarb & Rice, L.L.C., do hereby accept service of the Summons and Complaint on behalf of the City of Gunnison, and waive formal service of process on its behalf. A responsive pleading will be filed on behalf of the City of Gunnison on or before April 30, 2007.

_____
Eric M. Ziporin

    The above and foregoing Waiver and Acceptance of Service was subscribed and sworn to before me on this    8th    day of March, 2007, by Eric M. Ziporin.

    WITNESS my hand and official seal.

    My commission expires:

My Commission Expires 01/23/2009

_____
Notary Public

00258808.DOC