IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07CV00029-RPM-PAC

BUCK MALOY MELTON,

Plaintiff,

v.

CITY OF GUNNISON, COLORADO; OFFICER RONALD MOORE, individually, and OFFICER GRACE COWAN, individually,

Defendants.

## WAIVER AND ACCEPTANCE OF SERVICE

| | |
|---|---|
| STATE OF COLORADO | ) |
| | ) ss. |
| CITY AND COUNTY OF DENVER | ) |

I, Eric M. Ziporin, of the law firm of Senter Goldfarb & Rice, L.L.C., do hereby accept service of the Summons and Complaint on behalf of Officer Ronald Moore, and waive formal service of process on his behalf. A responsive pleading will be filed on behalf of Officer Ronald Moore on or before April 30, 2007.

_____
Eric M. Ziporin

The above and foregoing Waiver and Acceptance of Service was subscribed and sworn to before me on this _____ day of March, 2007, by Eric M. Ziporin

WITNESS my hand and official seal.

My commission expires:

_____
Notary Public

My Commission Expires 01/23/2009