IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07CV00029-RPM-PAC

BUCK MALOY MELTON,

Plaintiff,

v.

CITY OF GUNNISON, COLORADO; OFFICER RONALD MOORE, individually, and OFFICER GRACE COWAN, individually,

Defendants.

## ENTRY OF APPEARANCE

**ERIC M. ZIPORIN**, of the law firm of **SENTER GOLDFARB & RICE, L.L.C.,** hereby enters his appearance on behalf of Defendants, **CITY OF GUNNISON**, **COLORADO**, **OFFICER RONALD MOORE**, and **OFFICER GRACE COWAN.**

Respectfully submitted,

s/ Eric M. Ziporin
Eric M. Ziporin
SENTER GOLDFARB & RICE, L.L.C.
1700 Broadway, Suite 1700
Denver, CO 80290
Telephone: (303) 320-0509
FAX: (303) 320-0210
E-mail: eziporin@sgrllc.com

*Attorney for Defendants*

## CERTIFICATE OF MAILING

**I HEREBY CERTIFY** that on this 25th day of April, 2007, a true and correct copy of the above and foregoing **ENTRY OF APPEARANCE** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Sean McDermott, Esq.
smcdermott@mhmlawfirm.com

s/ Barbara A. Ortell

2

00264693.DOC