**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  07-CV-00029-RPM-PAC

BUCK MALOY MELTON,

        Plaintiff,

v.

CITY OF GUNNISON, COLORADO, OFFICER RONALD MOORE, Individually and OFFICER GRACE COWAN, Individually

        Defendants.

---

PLAINTIFF'S NOTICE OF ERRATA TO RESPONSE TO DEFENDANTS' MOTION TO DISMISS

---

Plaintiff, by and through his attorney Sean McDermott of McDermott, Hansen & McLaughlin LLP respectfully submits the herein Notice of Errata to correct typographical errors contained in its Response to Defendants' Motion to Dismiss.

1. The Defendants in this matter are the City of Gunnison, Officer Ronald Moore, individually, and Officer Grace Cowan, individually.

    a. The caption reads that "Officer Bob Brown, Individually", is one of the defendants in this case. This should read "Officer Ronald Moore, Individually."

2. The case should not be dismissed under the qualified immunity doctrine.

    a. Line 1 of page 6 states in relevant part …"the case should not be dismissed under the qualified immunity doctrice. This should read

…"the case should not be dismissed under the qualified immunity doctrine."

*/s/ Sean M. McDermott*
SEAN M. MCDERMOTT
ATTORNEY AT LAW for Buck Maloy Melton
McDermott, Hansen, & McLaughlin, LLP
1890 Gaylord Street
Denver, CO 80206
Phone 303-399-6037
Fax 303-322-3423
E-mail address:
smcdermott@mhmlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 23rd day of May 2007, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Eric M. Ziporin, Esq.
eziporin@sgrllc.com

Elliott J. Scott, Esq.
escott@sgrllc.com

*s/ Sean M. McDermott*
Sean M. McDermott