IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00029-RPM

BUCK MALOY MELTON,

        Plaintiff,

v.

CITY OF GUNNISON, COLORADO;
OFFICER RONALD MOORE, individually, and
OFFICER GRACE COWAN, individually,

        Defendants.

_____

ORDER DENYING MOTION TO DISMISS
_____

      Upon review of the pleadings in this case and the defendants' motion to dismiss, considered under Fed.R.Civ.P. 12(b)(6) and upon the conclusion that the allegations of the complaint are sufficient to state claims for relief against the defendants it is

      ORDERED that the motion to dismiss is denied.

      DATED: May 25th, 2007

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge