**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                    July 10, 2007
Courtroom Deputy:   J. Chris Smith
ECR Technician:      Kathy Terasaki

_____

Civil Action No. 07-cv-00029-RPM

BUCK MALOY MELTON,                                            Sean M. McDermott

      Plaintiff,

v.

CITY OF GUNNISON, COLORADO,                               Eric M. Ziporin
OFFICER RONALD MOORE, individually and
OFFICER GRACE COWAN, individually,

      Defendants.
_____

**COURTROOM MINUTES**
_____

**Scheduling Conference**

**10:30 a.m.      Court in session.**

Court reviews proposed scheduling order with counsel.

Court informs counsel that the wrong scheduling order form was used.
Court instructs counsel to follow Local Rule 7.3 with respect to proposed protective orders.
Court states an order of reference to magistrate judge for the limited purpose of conducting a settlement conference will be entered upon the filing of a joint motion.

Discussion regarding case facts, state statute, Department of Revenue form and qualified immunity/privilege.

**ORDERED:     Revised scheduling order to be submitted by July 17, 2007.**

**10:47 a.m.      Court in recess.**

Hearing concluded.  Total time: 17 min.