IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00029-RPM-PAC

BUCK MALOY MELTON,

Plaintiff,

v.

CITY OF GUNNISON, COLORADO; OFFICER RONALD MOORE, individually, and OFFICER GRACE COWAN, individually,

Defendants.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE DISCOVERY RESPONSES

Defendants, **CITY OF GUNNISON**, **COLORADO**, **OFFICER RONALD MOORE**, and **OFFICER GRACE COWAN**, by their attorneys, **ERIC M. ZIPORIN** and **ELLIOT J. SCOTT** of the law firm of **SENTER GOLDFARB & RICE, L.L.C.**, and pursuant to D.C.Colo.LCivR. 6.1, hereby move the Court for an Order extending the time for Defendants to serve responses to written discovery.

**AND AS GROUNDS THEREFOR**, Defendants state as follows:

1.      Pursuant to D.C.COLO.L.Civ.R. 7.1(A), undersigned counsel have conferred with counsel for Plaintiff, Mr. Sean McDermott. Mr. McDermott states that Plaintiff does not object to the relief requested herein.

2.      Plaintiff's discovery requests were served on August 31, 2007. Responses are therefore due today, October 3, 2007. However, since Defendant Moore currently lives out of state, and since undersigned counsel are required to carefully review disclosed documents for

privilege and privacy concerns, Defendants respectfully request that they be allowed an additional two days to serve signed responses, or until October 5, 2007.

3. Defendants have complied with the requirements of D.C.COLO.L.CivR. 6.1 and have stated good cause for the relief requested herein. Defendants have requested no previous extensions of time.

**WHEREFORE**, Defendants hereby request that the Court extend the deadline for Defendants to respond to Plaintiff's written discovery by two days, until October 5, 2007.

          Respectfully submitted,

          /s Eric M. Ziporin
          Eric M. Ziporin


          /s Elliot J. Scott
          Elliot J. Scott
          SENTER GOLDFARB & RICE, L.L.C.
          1700 Broadway, Suite 1700
          Denver, CO 80290
          Telephone: (303) 320-0509
          FAX: (303) 320-0210
          E-mail: trice@sgrllc.com
                 escott@sgrllc.com

          *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 3rd day of October, 2007, I electronically filed a true and correct copy of the above and foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE DISCOVERY RESPONSES** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:

Sean McDermott, Esq.
smcdermott@mhmlawfirm.com

**I FURTHER CERTIFY** that I have mailed a true and correct copy of the above and foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE DISCOVERY RESPONSES** to the following non-CM/ECF participants by U.S. Mail, first class postage prepaid:

Chief Greg Anderson
c/o Gunnison Police Department
P.O. Box 239
201 West Virginia Avenue
Gunnison, Colorado  81230

Grace Cowan
c/o Gunnison Police Department
P.O. Box 239
201 West Virginia Avenue
Gunnison, Colorado  81230

Ronald Moore
[Address Personal and Confidential]

s/ Elliot J. Scott