IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00029-RPM

BUCK MALOY MELTON,

                        Plaintiff,

v.

CITY OF GUNNISON, COLORADO;
OFFICER RONALD MOORE, individually, and
OFFICER GRACE COWAN, individually,

                        Defendants.


**Minute Order Entered by Judge Richard P. Matsch:**


s/M. V. Wentz
 Secretary


        Defendants' Unopposed Motion for Extension of Time to Serve Discovery
Responses [16] is granted to and including October 5, 2007.


DATED: October 3, 2007