**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00029-RPM-PAC

BUCK MALOY MELTON,

Plaintiff,

v.

CITY OF GUNNISON, COLORADO; OFFICER RONALD MOORE, individually, and OFFICER GRACE COWAN, individually,

Defendants.

**UNOPPOSED MOTION FOR ENTRY OF STIPULATION AND PROTECTIVE ORDER**

Defendants, **CITY OF GUNNISON**, **COLORADO**, **OFFICER RONALD MOORE**, and **OFFICER GRACE COWAN**, by their attorneys, **ERIC M. ZIPORIN** and **ELLIOT J. SCOTT** of the law firm of **SENTER GOLDFARB & RICE, L.L.C.**, and pursuant to Fed.R.Civ.P. 26(c), hereby move the Court to enter the attached Stipulation and Protective Order, which has been agreed to and fully executed by all parties, and which is incorporated by reference as fully set forth herein.

2

       Respectfully submitted,


       /s Elliot J. Scott
       Elliot J. Scott
       SENTER GOLDFARB & RICE, L.L.C.
       1700 Broadway, Suite 1700
       Denver, CO 80290
       Telephone:  (303) 320-0509
       FAX:  (303) 320-0210
       E-mail: trice@sgrllc.com
             escott@sgrllc.com

       *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 5th day of October, 2007, I electronically filed a true and correct copy of the above and foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE DISCOVERY RESPONSES** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:

Sean McDermott, Esq.
smcdermott@mhmlawfirm.com


                                                      s/ Barbara A. Ortell