IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number:07-CV-00029-RPM-PAC

BUCK MALOY MELTON,

 Plaintiff,

v.

CITY OF GUNNISON, COLORADO; OFFICER RONALD MOORE, Individually; and OFFICER GRACE COWAN, Individually,

 Defendants.

_____

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE EXPERT DISCLOSURES**
_____

 Plaintiff, Buck Maloy Melton, by and through his attorney, Sean M. McDermott, of the law firm of McDermott, Hansen & McLaughlin, LLP, respectfully requests an extension of time to file his expert disclosure pursuant to F.R.C.P. 26(a)(2). As grounds for this motion Plaintiff states as follows:

 1. Pursuant to D.C. Colo. L. Civ. R. 7.1(A) undersigned counsel has conferred with counsel for the Defendants, Eric M. Ziporin. Mr. Ziporin states that the Defendants do not object to the relief requested herein as long as they are able to have the same amount of time to disclose any expert as they would have without the requested extension.

 2. Depositions of Officer Grace Cowan and Gunnison Police Chief Greg Anderson were taken Monday, October 8, 2007. These were taken in Gunnison, Colorado.

 3. Due to calendaring issues of the undersigned and the undersigned's expert, Mr. Melton is requesting a one-week extension to complete his Fed. Rule Civ. Pro, 26(a)(2)

disclosures.

WHEREFORE, the Plaintiff hereby requests that the court extend the deadline for Plaintiff's expert disclosure by one week, until October 19, 2007.

Dated: October 12, 2007.

>/s/ Sean M. McDermott
> Sean M. McDermott
> McDermott, Hansen & McLaughlin, LLP
> 1890 Gaylord Street
> Denver, Colorado 80206
> Telephone: 303-399-6037;   Fax: 303-322-3423
> Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2007, I sent by both United States mail, postage prepaid, and by e-mail the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE EXPERT DISCLOSURES**

> Eric M. Ziporin
> Elliott J. Scott, Esq.
> Senter Goldfarb & Rice, L.L.C.
> 1700 Broadway, Suite 1700
> Denver, CO 80290
> eziporin@sgrllc.com
> escott@sgrllc.com

**I FURTHER CERTIFY** that I have mailed a true and correct copy of the above and foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE DISCOVERY RESPONSES** to Plaintiff by U.S. Mail, first class postage prepaid at the following address:

> Buck Maloy Melton
> 2561 Gold Rush Drive #1
> Colorado Springs, CO  80906

>/s/ Bonnie West
> Bonnie West