IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00029-RPM

BUCK MALOY MELTON,

    Plaintiff,

v.

CITY OF GUNNISON, COLORADO;
OFFICER RONALD MOORE, individually, and
OFFICER GRACE COWAN, individually,

    Defendants.

_____

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OT TIME TO SERVE
EXPERT DISCLOSURES
_____

    Upon consideration of Plaintiff's Unopposed Motion for Extension of Time to Serve Expert Disclosures, filed October 12, 2007 [20], it is

    ORDERED that the motion is granted and plaintiff's expert disclosure deadline is October 19th, 2007

    DATED: October 12th, 2007

                                  BY THE COURT:

                                  s/ Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge