EXHIBIT C

# SENTER GOLDFARB & RICE, L.L.C.
Attorneys at Law *Est.* 1974

1700 Broadway
Suite 1700
Denver, Colo. 80290

Telephone:
303 • 320 • 0509

Facsimile:
303 • 320 • 0210

www.sgrllc.com
eziporin@sgrllc.com
escott@sgrllc.com

William L. Senter
*(Of Counsel)*

James E. Goldfarb
Thomas S. Rice*
Arthur J. Kutzer
John D. Hayes
Sonja S. McKenzie
Tiffaney A. Norton
Jennifer M. Palmer
Eric M. Ziporin
William M. Sterck

Spencer L. Sears
Gillian M. Fahlsing
Billy-George Hertzke*
Michael K. Gendill
Joanne C. Crebassa
Joel A. Palmer
Elliot J. Scott
Maria T. Lighthall
Teague R. Lashnits
Jason L. Walker
Heather D. Jorgensen
Joseph J. Fraser, III
Sean F. Elliott
Jed A. Wangsgard
G. Robb Schroer
W. Robby Landis
Sarah A. Schreiber
Meredith A. Quinlivan
Mary F. Barham
Patrick E. Rogers

Also Admitted:
Wyoming*

Sean M. McDermott, Esq.
McDermott, Hansen & McLaughlin, LLP
1890 Gaylord Street
Denver, Colorado 80206-1211

    RE:  Buck Maloy Melton v. City of Gunnison, Colorado, et al.
        United States District Court, District of Colorado
        Civil Action No. 07-cv-00029

Dear Mr. McDermott:

  Please find enclosed a copy of Defendants' Second Set of Requests for Production of Documents to Plaintiff. In addition, we request that Plaintiff provide supplementation to his previous answers to written discovery forthwith. In particular, we note that in Plaintiff's deposition he claimed among his damages certain work-related costs or losses associated with his employment with Gunnison Real Estate and Rentals, L.L.C. Therefore, we request that you immediately provide our office with an executed employment release, which was part of the previous discovery requests served to Plaintiff. For your convenience, we have enclosed another copy of this employment release to expedite matters. In addition, we request that Plaintiff immediately provide us with a signed tax release, which was also part of the previous discovery request. Again, we have provided another copy of that release with this letter.

  Furthermore, we request that Plaintiff immediately provide all pay stubs referenced by Plaintiff during his deposition that he claimed would be produced to our office. Our understanding is that these are for a company called "Alaron."

  We look forward to Plaintiff's immediate compliance with his obligations under Fed.R.Civ.P. 26(e) and outstanding discovery requests. Should you have any questions about this matter, feel free to give us a call.

                Very truly yours,

                **SENTER GOLDFARB & RICE, L.L.C.**

                Eric M. Ziporin

                Elliot J. Scott

Enclosures