EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00029-RPM-PAC

BUCK MALOY MELTON,

Plaintiff,

v.

CITY OF GUNNISON, COLORADO; OFFICER RONALD MOORE, individually, and OFFICER GRACE COWAN, individually,

Defendants.

---

## DEFENDANTS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

---

Defendants, **CITY OF GUNNISON, COLORADO, OFFICER RONALD MOORE**, and **OFFICER GRACE COWAN**, by their attorneys, **ERIC M. ZIPORIN** and **ELLIOT J. SCOTT** of the law firm of **SENTER GOLDFARB & RICE, L.L.C.**, and pursuant to Fed.R.Civ.P. 26, 33, and 34, hereby submit their Second Set of Requests for Production of Documents to Plaintiff to be answered, under oath, within thirty (30) days of service thereof.

### DEFINITIONS

Words in **BOLDFACE CAPITALS** in the discovery requests below are defined as follows:

(a)  **INCIDENT** includes the circumstances and events surrounding the alleged accident, injury, and/or other occurrence giving rise to this action or proceeding. At times, **INCIDENT** will refer to both contacts with Defendants on January 2 and 4, 2006.

(b)     **YOU** includes **YOU**, your agents, your employees, your insurance companies, their agents, their employees, your attorneys, your accountants, your investigators, and anyone else acting on your behalf.

(c)     **PERSON** includes a natural **PERSON**, firm, association, organization, partnership, business, trust, corporation, or public entity.

(d)     **DOCUMENT** means a writing, as defined in Fed.R.Evid. 1001 and includes the original or a copy of handwriting, typewriting, printing, photocopying, photographing, and every other means of recording upon any tangible thing and form of communicating or representation, including letters, words, pictures, sounds, or symbols, or combinations of them.

(e)     **HEALTH CARE PROVIDER** includes any **PERSON** or entity referred to as a "Health Care Professional" or "Health Care Institution" in C.R.S. § 13-64-202(3) and (4).

(f)     **ADDRESS** means the street **ADDRESS**, including the city, state, and zip code.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

16.     Produce any and all documents associated with Plaintiff's real estate license obtained in Denver approximately two years ago, including, but not limited to, the real estate license, any correspondence or documents sent or received to or from any real estate licensing agency, governmental entity, training program, real estate schools, and other related documents.

17.     Produce any and all documents associated with Plaintiff's attempted or actual renewal of a real estate license and/or broker license while employed with Gunnison Real Estate and Rentals, L.L.C.

These Requests for Production of Documents are deemed continuing. If any information sought by said Requests for Production of Documents is not learned until after the Requests for

Production of Documents are provided, or if answers for any reason should later become incorrect, there shall be a continuing duty on the party answering said Requests for Production of Documents to supplement or change the answers previously submitted pursuant to Rule 26(e) of the Federal Rules of Civil Procedure.

**Note:** When used in these Requests for Production of Documents, the terms "you," "your", or "Plaintiff" or any synonyms thereof are intended to and shall embrace and include, in addition to the named Plaintiff, counsel for said party and private investigators and others who are in possession or who may have obtained information for or on behalf of the named Plaintiff.

Respectfully submitted,

_____
Eric M. Ziporin

_____
Elliot J. Scott
SENTER GOLDFARB & RICE, L.L.C.
1700 Broadway, Suite 1700
Denver, CO 80290
Telephone: (303) 320-0509
FAX: (303) 320-0210
E-mail: eziporin@sgrllc.com

*Attorneys for Defendants -*
City of Gunnison, Colorado, Officer Ronald Moore, and Officer Grace Cowan

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this _____ day of October, 2007, a true and correct copy of the above and foregoing **DEFENDANTS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF** was mailed via U.S. Mail, first class postage prepaid, to the following:

    Sean M. McDermott, Esq.
    McDermott, Hansen & McLaughlin, LLP
    1890 Gaylord Street
    Denver, Colorado 80206-1211

    _____