**EXHIBIT E**

11/28/2007  16:40    7196340256              CAROL MORRISON                PAGE  01

## ACCOUNT MAINTENANCE FORM

Date: 25-A...

Account #: 50035554    Broker / IB: 500ATCDB    Series:

Account Name: Buck Melton

Related Account?  YES / NO    If Yes - Account #:

### MONEY OUT

Account Balance: $555,256.38    Margin Excess:    $502,606.38  C/S Init: JN

Balance Out / Account Close                              (Check) / Wire

Amount: $150,000.00    Fee:    Net Amount:    $150,000.00

-------- Wire Instructions -------- Wire Instructions -------- Wire Instructions --------

Receiving Bank:

City:           State:           ABA #:

Beneficiary/Customer:                    Account #:

Additional Info:

### P&S & Commission & Fee Adjustments

P&S Adj:    Credit / Debit    Amount:

Commission Adj:    Credit / Debit    Amount:

Fee Adj:    Credit / Debit    Amount:

Trade & Trade Date:

### Account Changes

Comm Rate/Mark-Up: From:              To:  1206 W Tomichi Ave. Apt 1

Run/Series: From:                     To:  Gunnison, CO 81230

Other Changes:

### T-Bill Request

Face Amount:                          Term:
         ($30 Purchase & $30 Sale Fee)           (3 or 6 months)

### Additional Information -- Reasons for Adjustments or Closing Account, etc.:

Requested By: IB         Time: 4/25 1:30      Approval:

**ALARON TRADING CORPORATION**, CHICAGO, IL 60607

| Vendor ID | Name | | Payment Number | Check Date | Document Number |
|---|---|---|---|---|---|
| TEMP1798 | Buck Melton | | 00029715 | 4/26/2006 | 55027 |

| Our Voucher Number | Date | Amount | Amount Paid | Discount | Net Amount Paid |
|---|---|---|---|---|---|
| 55027 | 4/26/2006 | $150,000.00 | $150,000.00 | $0.00 | $150,000.00 |

55027

50035554       $150,000.00       $150,000.00       $0.00       $150,000.00