**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-CV-00029-RPM-PAC

BUCK MALOY MELTON,

        Plaintiff,

v.

CITY OF GUNNISON, COLORADO, OFFICER RONALD MOORE, Individually and OFFICER GRACE COWAN, Individually

        Defendants.

**RESPONSE TO DEFENDANTS' MOTION TO COMPEL**

Mr. Melton through his counsel Sean M. McDermott of McDermott, Hansen & McLaughlin LLP responds to the Defendants' Motion To Compel and states the following:

1. Prior to Mr. Melton's deposition, the undersigned had represented to Mr. Ziporin, one of the attorneys for the Defendants, that the Plaintiff was not seeking damages for lost income.

2. Despite any testimony that can be perceived as contrary to this position, the Plaintiff is not seeking damages for lost income.

3. If the Plaintiff is not seeking these damages, then the Defendants' *Motion to Compel* should be moot. Nonetheless, the Plaintiff has made attempts and in fact has provided most of the information that is the subject of the Defendants' *Motion To Compel.*

4. The undersigned will answer any questions with respect to this issue, at the hearing that is scheduled for Monday, January 14, 2008 at 2:00 p.m.

>  */s/ Sean M. McDermott*_____
> SEAN M. MCDERMOTT
> ATTORNEY AT LAW for Buck Maloy Melton
> McDermott, Hansen, & McLaughlin, LLP
> 1890 Gaylord Street
> Denver, CO 80206
> Phone 303-399-6037
> Fax 303-322-3423
> E-mail address:  smcdermott@mhmlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 13th day of January, 2008  I sent the foregoing **Response to Defendants' Motion to Compel** using the ECF filing system which will send notification of this filing to the following e-mail addresses:

>  Eric M. Ziporin, Esq.
> eziporin@sgrllc.com

>  Elliott J. Scott, Esq.
> escott@sgrllc.com

>  s/ *Sean M. McDermott*