**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: January 14, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 07-cv-00029-RPM

BUCK MALOY MELTON,                                                             Sean M. McDermott

    Plaintiff,

v.

CITY OF GUNNISON, COLORADO,                          Eric M. Ziporin
OFFICER RONALD MOORE, individually and
OFFICER GRACE COWAN, individually,

    Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion to Compel**

**2:00 p.m.**     **Court in session.**

Court's preliminary remarks.

2:01 p.m.     Statements by Mr. McDermott that no claim for loss of income is made.

2:08 p.m.     Argument by Mr. Ziporin for tax returns.

**ORDERED:**     Defendants' Motion to Compel, filed January 9, 2008 [22], is denied.

**2:10 p.m.**     **Court in recess.**

Hearing concluded. Total time: 10 min.