EXHIBIT A
ATTACHMENT 1

DR 2576 (06/11/04)
**COLORADO DEPARTMENT OF REVENUE**
MOTOR VEHICLE BUSINESS GROUP
DRIVER CONTROL/TRAFFIC RECORDS
DENVER CO 80261-0016
(303) 205-5613

# EXPRESS CONSENT AFFIDAVIT AND NOTICE OF REVOCATION

**YOU MUST ACT WITHIN 7 DAYS**
**THIS IS A LEGAL DOCUMENT**

Number: 1452659
*Date of Notice: 01/02/06

| Respondent's Last Name | First Name | Middle Name | Blood (Do Not Serve) | Breath | Refusal |
|---|---|---|---|---|---|
| MELTON | BUCK | MALOY | ☐ | ☐ | ☒ |

| Date of Birth (MO/DAY/YR) | Address (street, city, state, ZIP) / Mailing address, if different | Personally Served |
|---|---|---|
| 01/14/69 | 1706 W TOMICHI AV #1, GUNNISON CO 81230 | ☒ Yes ☐ No |

| Driver License Number | Class | State | Social Security Number | Sex | Weight | Height | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|
| 95-095-2224 | | CO | 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 | M | 160 | 6'0" | BRO | BRN |

| Commercial Driver License | Commercial Motor Vehicle | Hazardous Materials | Accident |
|---|---|---|---|
| ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No – ☐ Fatal |

| License Plate | State | Registered Owner Name and Address (last, first, middle) ☒ Same as above |
|---|---|---|
| 007LY6 | CO | |

You are hereby notified that on this date, you were asked to submit to a test or tests to determine the alcohol and/or drug concentration within your system. [§42-4-1301.1, C.R.S.]. The following constitute PROBABLE CAUSE to believe you were driving a motor vehicle while impaired by or under the influence of alcohol or drugs, or with a blood or breath alcohol content in excess of the limits imposed by law. ON 01/02/06 AT 8:30 AM I OBSERVED YOUR BLUE MAZDA FAIL TO STOP AS REQUIRED AT THE INTERSECTION OF WISCONSIN AND VIRGINIA AV IN GUNNISON. I CONTACTED YOU IN THE 100 BLK OF W. VIRGINIA AV. YOU HAD BLOODSHOT WATERY EYES, SLURRED SPEECH, LACK OF DEXTERITY, AND THE STRONG ODOR OF AN UNKNOWN ALCOHOLIC BEVERAGE ON YOUR BREATH. YOU CONSENTED TO VOLUNTARY ROADSIDES WHICH YOU FAILED TO COMPLETE. YOU REFUSED ALL TESTS OF YOUR BREATH AND BLOOD. YOU WERE TURNED OVER TO THE JAIL ON CHARGES OF DUI.

Date of Stop: 1/02/06
B.A.C.: REFUSAL

**ORDER OF REVOCATION (§42-2-126 C.R.S.)**
THIS IS YOUR OFFICIAL ORDER. Unless you request a hearing in writing, and surrender your license within seven (7) calendar days after this date of notice, the Department of Revenue shall enter this order effective the eighth (8th) day after the date of notice*. This order shall remain in effect until you comply with the provisions of §42-2-132, C.R.S., file the required insurance form, and pay a reinstatement fee to the Department of Revenue. Upon reinstatement, you may be required to complete a written and drive test before a new driver license can be issued.

[☒] **REFUSAL.** Because you refused to take or complete, or to cooperate with any testing or tests of your blood, breath, saliva, and/or urine, your driver license and/or driving privilege is hereby revoked. (FIRST OFFENSE - one year, three years if hazardous material violation. SECOND OFFENSE - two years, life if commercial driver. THIRD OR SUBSEQUENT OFFENSE - three years, life if commercial driver.)

[ ] **EXCESS B.A.C.** Because you submitted to testing that disclosed an alcohol concentration of **0.08** or more, or **0.02** or more if you are under the age of 21, your driver license and/or driving privilege is hereby revoked. (FIRST OFFENSE - three months. SECOND OFFENSE - one year, six months if under 21 and B.A.C. is under 0.08, life if commercial driver. THIRD OR SUBSEQUENT OFFENSE - one year, life if commercial driver.)

[ ] **COMMERCIAL VEHICLE AND/OR HAZARDOUS MATERIALS WITH EXCESS B.A.C.** Because you submitted to testing that disclosed an alcohol concentration of **0.04** or more, or at least **0.02** but less than **0.04** if you are under the age of 21, your driver license and/or driving privilege is hereby revoked. (FIRST OFFENSE - one year, three years if hazardous material violation, three months if under 21 and B.A.C. is under 0.04. SECOND OFFENSE - life, six months if under 21 and B.A.C. is under 0.04. THIRD OR SUBSEQUENT OFFENSE - life, one year if under 21 and B.A.C. is under 0.04)

**YOU HAVE THE RIGHT TO REQUEST A HEARING [§42-2-126 (8), C.R.S.]**
Your written request for a hearing and a driver license must be received by the **Colorado Department of Revenue within seven (7) calendar days after date of notice*.** A temporary permit may be issued until the date of your first scheduled hearing. If your written request and driver license are not received by the **Colorado Department of Revenue within seven (7) calendar days after date of notice*, you waive your right to a hearing and the Department's determination is final.** Unless previously surrendered, any driver license in your possession must be surrendered at the time of the hearing request before a hearing will be granted. **You may make a request for a hearing in person at any Colorado Driver License Office. Bring this affidavit and notice with you.**

**SURRENDER OF DRIVER LICENSE**
Section 42-2-126 (5)(b), C.R.S., requires the officer to take possession of any driver license you hold. When you surrender your driver license, the officer may issue a temporary permit that will remain in force for seven (7) calendar days after the date of notice*.

**TEMPORARY PERMIT**
This entire notice and order is a temporary permit which expires on the seventh (7th) day after the date of notice* when indicated below and when signed by both you and the peace officer.

| License Surrendered? | Temporary Permit Issued? For Interlock restricted drivers, see also DR 2057- Do not issue permit. |
|---|---|
| ☒ Yes ☐ No | ☐ Yes ☒ No   Restrictions/Endorsements: |

| Signature of Respondent | Name of Police Agency (No Abbreviations Please) |
|---|---|
| IN CUSTODY / REFUSAL | GUNNISON POLICE DEPARTMENT |

I swear, verify, and affirm under penalty of perjury that the information and facts contained in this Affidavit and Notice of Revocation are true to the best of my knowledge and belief.

| Signature of Officer | Date of Notice: 01/02/06 |
| Officer's Name - Please Print: MOORE | Number: 2013  District  Troop  Patrol |

(Original: Department of Revenue)   Read other side for information (Affidavit and Notice continues on back of form)

AGENCY

## INFORMATION CONCERNING COLORADO LAW

1. Any person who drives a motor vehicle in Colorado shall be deemed to have given express consent to a test of his/her breath or blood for the purpose of determining the alcohol content if a police officer has probable cause to believe a person has been driving a motor vehicle while under the influence of, or impaired by alcohol.

2. Any person who drives a motor vehicle in Colorado shall be required to submit to a test of his/her blood, saliva, and/or urine for the purpose of determining the drug content within his/her system if a police officer has probable cause to believe a person has been driving a motor vehicle while under the influence of, or impaired by drugs.

3. If you refuse to submit to a test(s) as requested by the officer, the test(s) will not be given and the officer will serve forthwith an Affidavit and Notice of Revocation on behalf of the Department of Revenue to become effective on the eighth (8th) calendar day after date of notice* shown on other side.

4. If your lack of cooperation prevents the requested test from being completed within two hours of your driving, you will be deemed to have refused testing.

5. A refusal to sign any release or consent form(s) required by a person authorized to take or withdraw specimens is a refusal to take the required test(s).

6. The result of the test(s) or your refusal to take the test(s) may be used in evidence against you in any proceedings on charges that have been or will be filed against you.

7. If you submit to a test that discloses an alcohol content of 0.08 or more, 0.02 or more if you are under the age of 21, or 0.04 or more if you are a commercial and/or HAZMAT operator, the officer shall serve an Affidavit and Notice of Revocation on behalf of the Department of Revenue to become effective on the eighth (8th) calendar day after date of notice* shown on the other side.

8. If you are under the age of 21 and this is a first revocation for at least 0.02 and your blood alcohol content was not greater than 0.05, you may be eligible to have the license revocation changed to a license suspension and to have a probationary driver license after serving 30 days of the license revocation. To receive more information, contact the Hearing Section, Denver, CO 80261, (303) 205-5606.

9. If you are 21 or older and this is a first revocation for having an alcohol concentration of 0.08 or more in a non-commercial/HAZMAT vehicle, you may be eligible to have your revocation changed to a license suspension with a total restraint period of not less than six months and to have a probationary driver license after serving 30 days of the license revocation. To receive more information, contact the Hearing Division, Denver, CO 80261, (303) 205-5606.

