EXHIBIT E

| | |
|---|---|
| County Court<br>Gunnison County, State of Colorado<br>200 East Virginia Avenue<br>Gunnison, CO 81230<br>Telephone: (970) 641-3500<br>Fax: (970) 641-6876 | |
| | ⅄ COURT USE ONLY ⅄ |
| Plaintiff:<br>**THE PEOPLE OF THE STATE OF COLORADO**<br><br>vs.<br><br>Defendant:<br>**BUCKY MALOY MELTON** | Case No.: 06 T 03<br><br>Div.: |
| **June 2, 2006** | |

A hearing in the matter commenced on June 2, 2006 before the Honorable Judge

Ben F. Eden, Judge of the County Court, Gunnison Courthouse, 200 E. Virginia,

Gunnison, Colorado.

The following is a transcript of the proceedings on that date.

1                                                                                    121

2    had been there, sitting there, for um, during the whole time so you know.

3              Q: I just wanted to make sure that was clear. I think people have

4    different meanings they attribute to running the stop sign so thank you for clearing

5    that up. Okay, so you were told that you failed the roadsides then what happened?

6              A: Right. Well, he just said you failed, you are under arrest for, you

7    know, DUI and he handcuffed me and put me in the back of the car um, of the police

8    car.

9              Q: How were you feeling at this time?

10             A: Really, really nervous and kind of pretty well skeptical. I mean I

11   was kind of like what is happening exactly.

12             Q: Okay and you testified earlier that you were given the option of a

13   breath or blood test but that you refused to do those correct?

14             A: Yes I did.

15             Q: Okay. Why did you refuse to do those?

16             A: Well it was completely after the fact at that point. I was arrested. I

17   was sitting in the back of the car and we were pretty well en route to the police station

18   and um, he kind of asked me as a formality, you know, do you want to do a blood or a

19   breathe test or whatever and I just said no and we got to the police station and one of

20   the gals there, one of the sheriff's I guess she asked me the same question and I was

21   sitting there and the officer he had been in the police station for a while and he just

22   walked by and told her that I had refused that and she said fine and then just kind of

23   turned around. I didn't say anything but she just turned around and started filling out

24   paperwork.

25             Q: Okay. Well, now you had said and I just want to make sure that the

## TRANSCRIBER'S CERTIFICATE

I, Steven E. Blankinship, do certify that the foregoing transcript constitutes a true and accurate transcription of the official recording in case 06 T 03 at the time and place indicated herein.  Dated this 4th day of June, 2007.

Steven E. Blankinship