# EXHIBIT F

_______ COURT, Gunnison COUNTY, COLORADO
_______ MUNICIPAL COURT, COLORADO Arrest No. 06-1005
Case No. _______ Division / Courtroom _______ Warrant No. _______
Bond No. _______

## APPEARANCE BOND

BOND TYPE: ☐ Bail Bonding Agent* ☒ Cash/Self ☐ Cash/Surety** ☐ PR/Self ☐ PR/Surety ☐ Property

DEFENDANT: *(print or type)* Buck (First) M (Middle) MELTON (Last) 1/14/69 (DOB)

Defendant, as principal, and *(print or type)* _______, as surety, acknowledge that we are jointly and severally bound to the People of the State of Colorado, in the penal sum of SEVEN hundred FIFTY ($ 750 ) DOLLARS, if there is a default upon the primary condition of this bond.

The primary condition of this bond is that, if the defendant shall personally appear in the *(court name and address)* GUNNISON COUNTY COURT 200 N IOWA GUNNISON CO 81230 on *(date)* 1/17/06 at *(time)* 9 AM and at each place, and upon each date, to which this proceeding is transferred or continued, until entry of an order for deferred prosecution or deferred judgment, plea of guilty, *nolo contendere* or conviction (unless the written consent of the sureties is filed of record), to answer charges of

DUI

then this bond shall be void; otherwise, it shall remain in full force and effect.

ADDITIONAL STANDARD CONDITIONS: (1) Defendant may not leave the state without the approval of the Court and the surety; (2) Defendant shall not commit a felony while at liberty on bail; (3) Defendant acknowledges the existence of a mandatory restraining order under C.R.S. §18-1-1001; (4) Defendant shall immediately notify the Court of any change of mailing address or residence. SUPPLEMENTAL CONDITIONS:

NO ALCOHOL
NO ILLEGAL ACTS

03 2006
7th Judicial District, Colorado

If the defendant fails to comply with any of the conditions of this bond, the Court may revoke defendant's release on bail, increase the amount of bail or modify bond conditions. This bond will be forfeited if the defendant does not appear as required by the primary bond condition.

X [signature] 1206 W [illegible] #1 641 2917
DEFENDANT *(signature)* Address Telephone

Gunnison CO 81230
SURETY / BONDING AGENT* *(signature)* Address Telephone

BONDING AGENT LICENSE NO. _______ POWER OF ATTORNEY NO. _______

SURETY OTHER THAN BONDING AGENT** *(signature)* Address Telephone

*BONDING AGENT CERTIFICATION: Agent, by executing this bond, warrants and represents to the Court, under oath, and under penalty of perjury: (1) that agent is not currently in default in payment of any final judgment upon any bail bond forfeited in any Colorado jurisdiction (2) that agent is duly licensed by the State of Colorado to execute this bond, and (3) that agent, if a non-cash agent, is currently appointed by the corporate surety whose power of attorney accompanies this bond.

**SURETY CASH DEPOSIT: (1) Cash deposited (☐ may) (☐ may not) be used to satisfy any fines, costs, etc. *(check one)*.
(2) Cash deposited (☐ may) (☐ may not) be returned to defendant *(check one)*.

CASH SURETY *(signature)* _______

EXECUTED AND ACKNOWLEDGED by the above-named in the presence of the undersigned at GUNNISON COUNTY DETENTION CENTER *(name of court or facility where bond written)*.

By: [signature]
Deputy Clerk/Sheriff *(As to Surety/Bonding Agent)*

By: _______
Deputy Clerk/Sheriff *(As to Defendant)*

*(date)* 1-3-06 *(time)* 1700 *(date)* _______ *(time)* _______