EXHIBIT G

GUNNISON POLICE DEPARTMENT

AFFIDAVIT IN SUPPORT OF WARRANTLESS ARREST

Agency Case Number: 06-1020   Date/Time of Arrest: 01-04-06

Defendant: Melton, Buck, Maloy   DOB: 01-14-69

Address: 1206 West Tomichi Ave, Gunnison, Colorado   SSN: 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

Sex: Male   Race: White   Height: 6'0   Weight: 160   Eye Color: Green
Drivers Lic#: 95-095-2224 Colorado   Other Physical ID:

Charge 1: 42-2-138(1)(d) Drove (Motor/Off-Highway) Vehicle Upon Highway When (License/Privilege to Drive) was Restrained for Express Consent of Alcohol / Drug Related Offense.

Charge 2: 18-8-212  Bond Violation

Offense Location: 1100 West Virginia Avenue, Gunnison Colorado 81230

Arrest Location: 1100 West Virginia Avenue, Gunnison Colorado 81230

I, Officer Grace Cowan, being duly sworn, state upon oath that there is probable cause for the warrantless arrest of the above named individual for the charge as stated and that the following facts are true and correct to the best of my knowledge:

1. On 01-04-06 at around 3:25pm I was patrolling in the 200 Block of West Virginia Avenue when I observed a blue 2005 Mazda vehicle at the intersection of Virginia Avenue and Pine Street. I observed the individual driving the vehicle to be Buck Melton. I knew Mr Melton to not have a valid drivers license.

2. I turned my patrol vehicle around at the intersection and followed the vehicle westbound. I advised Officer Bob Brown of the information and advised him to come assist me with the contact. I activated my overhead lights and siren and the vehicle came to a stop at 1100 West Virginia Avenue. I approached the vehicle and contacted Buck Melton. I advised him the reason for the contact.

3. Mr Melton stated he did not know he was not suppose to drive his vehicle. He stated he thought he had a temporary permit. He handed me the paper information from Officer Ron Moore's case. I reviewed a copy of the Express Consent Affidavit and Notice of

Revocation Mr Melton was provided. Mr Melton had refused all chemical testing and was not given a seven day temporary permit. Mr Melton was arrested on 01-02-06 on the charges of Drove Vehicle While Under The Influence of Alcohol and a minor traffic violation.

4. I assisted Officer Moore on this case and Mr Melton was advised verbally by Officer Moore that his drivers license would be surrendered and he would not be able to drive a motor vehicle from this day forward(01-02-06). Mr Melton stated he understood. Mr Melton is out on bond for the above charges. Per his bond by him driving a motor vehicle violates his bond. I advised Mr Melton that he was under arrest for driving a motor vehicle while under restraint. I handcuffed Mr Melton and Officer Bob Brown searched him for weapons before placing him in my patrol vehicle.

5. I transported Mr Melton to the Gunnison County Jail on the charges of 42-2-138(1)(d) Drove (Motor/Off-Highway) Vehicle Upon Highway When (Licence Privilege to Drive) was Restrained For Express Consent of Alcohol Related Offense. He was released and turned over to a Gunnison County Jailer on a $10,000 dollar bond.

_Grace Cowan_
Affiant's Signature

Subscribed and sworn before me this
4 day of Jan , 2006

_Jill R. Herrett_
Notary Public
Commission Expires: 082306

PROBABLE CAUSE EXISTS TO HOLD:   YES _____ NO _____

_____
                                                  JUDGE

07/02