**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  07-CV-00029-RPM-PAC

BUCK MALOY MELTON,

        Plaintiff,

v.

CITY OF GUNNISON, COLORADO, OFFICER RONALD MOORE, Individually and OFFICER GRACE COWAN, Individually

        Defendants.

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

      Mr. Melton, through counsel, moves this honorable Court for an extension of time to file his response to the Defendants' Motion For Summary Judgment.  Mr. Melton states the following as grounds:

      1.     Last week Mr. Melton's counsel suffered from a virus.  Additionally, counsel's family was also sick.

      2.     As a result, counsel was unable to work a full work week.  Counsel has spent a lot of time tending to responsibilities owed to clients.

      3.     Defense counsel has agreed to an extension of time.  Following time calculations that take into account mailing, the parties have agreed the Plaintiff's response should be due on Monday, March 3, 2008.

Wherefore, Mr. Melton requests that this Court grant him an extension of time up to and including, Monday March 3, 2008 in order to file his Response to the Defendants' Motion For Summary Judgment.

                                                */s/ Sean M. McDermott*
                                                SEAN M. MCDERMOTT
                                                ATTORNEY AT LAW for Buck Maloy Melton
                                                McDermott, Hansen, & McLaughlin, LLP
                                                1890 Gaylord Street
                                                Denver, CO 80206
                                                Phone 303-399-6037
                                                Fax 303-322-3423
                                                E-mail address:  smcdermott@mhmlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 22nd day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Eric M. Ziporin, Esq.
    eziporin@sgrllc.com

    Elliott J. Scott, Esq.
    escott@sgrllc.com

                                                *Sean M. McDermott*