**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                February 29, 2008
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 07-cv-00029-RPM

BUCK MALOY MELTON,                                          Sean M. McDermott

    Plaintiff,

v.

CITY OF GUNNISON, COLORADO,                                 Eric M. Ziporin
OFFICER RONALD MOORE, individually and                      Elliot J. Scott
OFFICER GRACE COWAN, individually,

    Defendants.
_____

## COURTROOM MINUTES
_____

**Calendar Call**

**8:30 a.m.      Court in session.**

Entry of appearances by counsel.

Joint Status Statement submitted.

Counsel answer questions regarding pending motion for summary judgment [27].

**ORDERED:    Unopposed Motion for Extension of Time to File Response to Defendants'
Motion for Summary Judgment, filed February 22, 2008 [28], is granted to
and including March 3, 2008.**

**ORDERED:    Four day jury trial scheduled August 11, 2008.**

**8:34 a.m.      Court in recess.**

Hearing concluded.  Total time: 04 min.