IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00029-RPM

BUCK MALOY MELTON,

    Plaintiff,

v.

CITY OF GUNNISON, COLORADO;
OFFICER RONALD MOORE, individually, and
OFFICER GRACE COWAN, individually,

    Defendants.
_____

## ORDER SETTING TRIAL DATE
_____

    Pursuant to the calendar call today, it is

    ORDERED that this matter is set for trial to jury on **August 11, 2008, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**

    DATED: February 29, 2008

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge