**EXHIBIT 1**

| | |
|---|---|
| County Court<br>Gunnison County, State of Colorado<br>200 East Virginia Avenue<br>Gunnison, CO 81230<br>Telephone: (970) 641-3500<br>Fax: (970) 641-6876 | |
| | ▲ COURT USE ONLY ▲ |
| Plaintiff:<br>**THE PEOPLE OF THE STATE OF COLORADO**<br><br>vs.<br><br>Defendant:<br>**BUCKY MALOY MELTON** | Case No.: 06 T 03<br><br>Div.: |
| **June 2, 2006** | |

A hearing in the matter commenced on June 2, 2006 before the Honorable Judge Ben F. Eden, Judge of the County Court, Gunnison Courthouse, 200 E. Virginia, Gunnison, Colorado.

The following is a transcript of the proceedings on that date.

114

eventually this really big white pickup truck came up behind me so I didn't really have a whole lot of options so I went through the stop sign and then the next block would be Main and there is a stoplight there and Officer Moore pulled in right behind me and then we waited at the stoplight and when the stoplight turned green he turned his lights on and we went through Main Street and then I pulled over immediately. There is the parking places right there and pulled over.

Q: Okay. Well, let me back you up for just a second.

A: Okay.

Q: So I think you testified that you slid a little bit past the stop sign?

A: Yes.

Q: How did you feel about that? Did you feel embarrassed by that or?

A: I was very nervous because, you know, there is a police officer sitting there and I kind of figured oh great I am probably going to get pulled over so and, you know, again I waited because he had the right of way and he just wasn't going to go so I mean . . .

Q: Did you approach the stop sign at a reasonable speed before you stopped?

A: Like I said I was going pretty slow and it was just like two to three days before that that I got snow tires and the other tires weren't any good so in order to slowdown I would have to downshift and that is specifically why I got a stick shift car instead of an automatic so anyway just um, I don't know, I attended up passing the stop sign about two feet.

Q: Okay but just so that I am clear your contention is that you did stop at the stop sign and you waited for Officer Moore to go is that correct?

1                                                                                                                      115

2          A: Yes. I saw Officer Moore and we looked at each other and I waited

3 and looked at each other and then there weren't a lot of options and I mean I am in

4 my little car and this big four wheel drive Ford truck comes up behind me and I

5 figured I should probably go.

6          Q: Okay. So you were pulled over was it after you crossed Main then?

7          A: Yes. He pulled up behind me and then waited for the light to turn

8 green and then he turned his lights on.

9          Q: Okay and did you pull over immediately?

10         A: Well yes, I mean, you know, at that point I kind of understood I was

11 going to get pulled over you know so he turns his lights on as soon as it turned green

12 and we went through Main Street and there's the parking there for the businesses and

13 all so I just pulled right in.

14         Q: Is that that um, did you pull over to your right?

15         A: Well the parking places are at an angle you know.

16         Q: Right.

17         A: So yes I just pulled into one of the parking places.

18         Q: To your right?

19         A: Yes, to my right two or three spaces in.

20         Q: Okay, okay. So can you explain to the jury what then happened

21 next?

22         A: Well, he got out of his car and he came over and, you know, it was

23 cold and windy out so I rolled my window down but I didn't like roll it all the way

24 down but it was down. I mean he didn't have any problem seeing me or speaking or

25 anything. Then he asked me for my license and my registration and all of that and he

```
 1                                                                      116
 2    asked me to roll my window down further and I did.  I rolled it all the way down at
 3    that point.  I gave him my license and his first comment was, you know, you are Buck
 4    Melton.  You are on a list and that we have been looking for you.  I found that to be
 5    rather shocking.  I was pretty surprised at that.  In any event, I said alright and he kept
 6    asking me repeatedly, you know, do you have your registration and do you have your
 7    insurance.  Well at that point I was pretty concerned so and I just changed all the
 8    paperwork from being the temporary paperwork to like the permanent paperwork
 9    because I just bought the car not all that long before that so there was a pile of carbon
10    copies.  So, he kept asking me so I figured that to speed things up so I gave him the
11    bill of sale.  The car lot had told me that that would suffice as a registration if I was
12    ever asked so, you know, I figured that would probably work because I am digging
13    through envelopes and paper and as soon as I handed him that he basically threw it
14    back at me and asked me if I would step out of the car.
15              Q:  Okay.  I am going to stop you there just for the moment.  Do you
16    remember the events that happened that morning vividly?
17              A:  Pretty well yes.
18              Q:  I mean is there any question in your mind as to what happened that
19    morning?
20              A:  Not really.  I mean as I am sitting here there are obviously
21    questions you know.
22              Q:  Right.  I am sorry I just want to establish your memory.  I may have
23    not asked that question very well but I just want to see what your specific recall was
24    of the events.  You referred to a statement that Officer Moore made to you.
25              A:  Yes.
```

```
 1                                                                           117
 2              Q:  You are Buck Melton, you are on a list, we have been looking for
 3   you right?
 4              A:  Yes.
 5              Q:  Okay. Do you understand that statement I mean that's a pretty
 6   significant statement?
 7              A:  Yes, very much so.
 8              Q:  I mean it, it, it um, does it strike you as um, I mean the jury might
 9   think that's a little out there?
10              A:  Yes, probably but I mean that is what happened. I was very
11   concerned that that point. I was getting really nervous.
12              Q:  Okay.
13              A:  I was already nervous. I knew I would get pulled over and
14   probably get a ticket you know but when he said that it was like um, this um, there
15   might be something else to this.
16              Q:  Okay. Okay and I believe you left off at you have given the bill of
17   sale and then what happened next?
18              A:  Well he just told me that wasn't the registration and he handed it
19   back to me and asked me to get out of the car.
20              Q:  Okay and so did you get out of the car?
21              A:  Yes.
22              Q:  Okay and so then what happened?
23              A:  He asked me if I would do these roadside tests and I said sure, you
24   know, okay what are they and he started talking about all of this stuff about medical
25   stuff and, you know, are you under any medications or have medical maladies and he
```

1                                                                                                                               118

2   asked me all this stuff and I was like okay, no, not that I am aware of, you know. And

3   then he does this eye test and so, you know, I have to pull my glasses off and the sun

4   wasn't really up so he had a little pen light and then he's telling me all to follow his

5   fingers and all of that so I did that and he told me something to the effect that, you

6   know, I failed or I don't know something and he handed my glasses back. I put those

7   on and at that point I was kind of a little dizzy so, you know, I am kind of like half

8   blind or whatever so anyway so I put those on and then asks me to do this heal to toe

9   thing and he explains that. I say okay and so I start doing the heal to toe thing and I

10  get four or five steps into it and then he tells me that he hadn't told me to start yet and

11  that I guess as a result of that that I failed that and then he told me that I was under

12  arrest.

13              Q: Did the officer when he um, when you first spoke with him did he

14  tell you why he pulled you over?

15              A: No. I mean the guy was sitting there, you know, so I mean it was

16  somewhat evident but no he didn't say anything about . . .

17              Q: Why he pulled you over?

18              A: No.

19              Q: Okay. Did he has you, well, can you explain the um, anything else

20  that you recall about the roadsides?

21              A: Well, that was kind of it. I mean he pulled my glasses off and

22  shined his light on my eyes and follow my fingers and all and we did that and then we

23  got to the other part of the roadside and he explained it, you know, heal to toe and

24  turn and, you know, whatever and then I started and then he told me that I didn't tell

25  you to start yet and therefore I failed so that was kind of it.

121

had been there, sitting there, for um, during the whole time so you know.

Q: I just wanted to make sure that was clear. I think people have different meanings they attribute to running the stop sign so thank you for clearing that up. Okay, so you were told that you failed the roadsides then what happened?

A: Right. Well, he just said you failed, you are under arrest for, you know, DUI and he handcuffed me and put me in the back of the car um, of the police car.

Q: How were you feeling at this time?

A: Really, really nervous and kind of pretty well skeptical. I mean I was kind of like what is happening exactly.

Q: Okay and you testified earlier that you were given the option of a breath or blood test but that you refused to do those correct?

A: Yes I did.

Q: Okay. Why did you refuse to do those?

A: Well it was completely after the fact at that point. I was arrested. I was sitting in the back of the car and we were pretty well en route to the police station and um, he kind of asked me as a formality, you know, do you want to do a blood or a breathe test or whatever and I just said no and we got to the police station and one of the gals there, one of the sheriff's I guess she asked me the same question and I was sitting there and the officer he had been in the police station for a while and he just walked by and told her that I had refused that and she said fine and then just kind of turned around. I didn't say anything but she just turned around and started filling out paperwork.

Q: Okay. Well, now you had said and I just want to make sure that the

## TRANSCRIBER'S CERTIFICATE

I, Steven E. Blankinship, do certify that the foregoing transcript constitutes a true and accurate transcription of the official recording in case 06 T 03 at the time and place indicated herein. Dated this 4th day of June, 2007.

_____
Steven E. Blankinship