**EXHIBIT 2**

**BRUNO REPORTING COMPANY**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-00029-RPM-PAC

---

DEPOSITION OF BUCK MALOY MELTON

OCTOBER 2, 2007

---

BUCK MALOY MELTON,

Plaintiff,

v.

CITY OF GUNNISON, COLORADO; OFFICER RONALD MOORE, individually, and OFFICER GRACE COWAN, individually.

Defendants.

---

APPEARANCES

FOR THE PLAINTIFF:     SEAN M. McDERMOTT, ESQ.
                       McDermott, Hansen & McLaughlin, LLC
                       1890 Gaylord Street
                       Denver, Colorado 80206

FOR THE DEFENDANTS:    ERIC M. ZIPORIN, ESQ.
                       Senter Goldfarb & Rice, LLC
                       1700 Broadway
                       Suite 1700
                       Denver, Colorado 80290



899 Logan St.
Suite 208
Denver, CO
80203
303 / 831-1667
Fax / 831-4432

SHARON HAWLEY
BRUNO REPORTING COMPANY
303-831-1667

Page 118

1  refused to do a chemical test of your breath or blood
2  later; is that correct?  Answer: Yes."
3         Did you give that testimony at trial on
4  June 2, 2006?
5      A    I did.  And in the context of the
6  question, it was as though I were refused the
7  opportunity to do that.
8      Q    I'm sorry.  Could you explain that to me.
9      A    Well, the way that you read the question,
10 and the way that they were stating it at trial, they
11 were stating it in the car.  Did I refuse, and I didn't
12 so much state that I refused, but that I was refused.
13 The officer held up the Breathalyzer thing, as I
14 stated, on the way to the police department and asked
15 me only at that time, Do you want to blow in this?  And
16 he was just laughing, and it wasn't so much a question
17 as he's being sarcastic and set it down.
18     Q    On page 121, lines 12 through 24, did you
19 give -- were you asked these questions and did you give
20 these answers: Question: Okay.  And you testified
21 earlier that you were given the option of a breath or
22 blood test but that you refused to do those, correct?
23 Answer: Yes, I did.  Question: Okay.  Why did you
24 refuse to do those?  Answer: Well, it was completely
25 after the fact at that point.  I was arrested.  I was

Page 119

1  sitting in the back of the car, and we were pretty well
2  en route to the police station, and, um, he kind of
3  asked me as a formality, you know, do you want to do a
4  blood or breath test or whatever, and I just said no.
5  When we got to the police station, and one of the gals
6  there, one of the sheriffs, I guess, she asked me the
7  same question.  And I was sitting there and the
8  officer, he had been in the police station for a while,
9  and he just walked by and told her that I had refused.
10 That she said, fine, and then just kind of turned
11 around.  I didn't say anything, but she just turned
12 around and started filling out paperwork."
13     A    Okay.
14     Q    Is that truthful and accurate testimony
15 that you gave at the trial on June 2, 2006?
16     A    Yes.
17     Q    Did Officer Moore at any point in time
18 during your entire contact with him explain Colorado
19 express consent law to you, that you had the option to
20 take tests, but if you refused to take tests, your
21 license would be revoked?
22     A    That's ambiguous.  Again, he stated a lot
23 of things and went through things really quick.  So
24 when it comes to implied or whatever that is consent,
25 I'm not real sure about that.  I don't think that he

Page 120

1  did, actually.  But like I said, he went through a lot
2  of things really fast.
3      Q    So you don't recall one way or the other?
4      A    The only time that he brought up blowing
5  in anything was when I was in the squad car and I was
6  already under arrest.
7      Q    The question was with regard to whether
8  or not he explained to you Colorado express consent law
9  and the tests that could be conducted and the
10 consequences for your refusal to take those tests?
11     A    Among all the things that he asked, I
12 don't believe that he brought that up.
13     Q    And you're certain of that?
14     A    Well, I mean, there's the whole part
15 about why I didn't sign this form or whatever for the
16 driver's license and whatever.  So I'm not real sure if
17 I'm mistaking what you're asking for what he did.  But
18 I don't believe he did the implied consent or whatever
19 that was.
20          (Deposition Exhibit 4 was marked for
21 identification.)
22     Q    I'm handing you now what's been marked as
23 Deposition Exhibit 4, and ask you if I can identify
24 that.
25     A    It generally looks like a police report,

Page 121

1  but I'm not real sure.
2      Q    I'll represent that it's an express
3  consent affidavit and notice of revocation.  Do you
4  recall seeing this before?
5      A    I'm not real sure.  I should probably ask
6  you, is this the form I signed for the license?
7      Q    This is the form that you refused to
8  sign.
9      A    That's what I thought.  He never
10 really -- he explained part of this.
11     Q    Which part did Officer Moore explain to
12 you?
13     A    Sign here, and that was pretty well it.
14 And at that point, after being told I'm on the list and
15 this and that, I wasn't real interested in signing
16 anything without reviewing it.
17     Q    So you refused to sign Exhibit 4?
18     A    At the time and within the time frame
19 that he'd stated, I think that I stated somewhere else
20 that if I'd had an opportunity to spend some time and
21 read things and understand them, then I probably would
22 have signed whatever.
23     Q    When Officer Moore asked you to sign
24 Exhibit 4, you refused to sign it, correct?
25     A    Yes.

31 (Pages 118 to 121)

Sharon Hawley                303.831.1667                Bruno Reporting Company