**EXHIBIT 6**

(11/28/05)
ADO DEPARTMENT OF REVENUE
ON OF MOTOR VEHICLES
VER CONTROL/TRAFFIC RECORDS
NVER CO 80261-0016
(03) 205-5613

**EXPRESS CONSENT AFFIDAVIT AND NOTICE OF REVOCATION**
Number: 1591867
YOU MUST ACT WITHIN 7 DAYS
THIS IS A LEGAL DOCUMENT

07-0011Y-2

Date of Notice: 03/31/07

| Respondent's Last Name | First Name | Middle Name | Blood (Do Not Serve) ☐ | Breath ☐ | Refusal ☒ |
|---|---|---|---|---|---|
| FULLENWIDER | NIKOLE | LEAH | | | |

Date of Birth (MO/DAY/YR): 01/28/81
Address: 9029 E. MISSISSIPPI AVE A102 DENVER CO 80247
Personally Served: ☒ Yes ☐ No

Driver's License Number: 98 085 0703
Class: —
State: CO
Social Security Number: 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
Sex: F   Weight: 150   Height: 5'10"   Hair: BLO   Eyes: GRN

Commercial Driver's License: ☐ Yes ☒ No
Commercial Motor Vehicle: ☐ Yes ☒ No
Hazardous Materials: ☐ Yes ☒ No
Accident: ☐ Yes ☒ No   ☐ Fatal

License Plate: 979777E
State: CO
Registered Owner Name and Address: ☒ Same as above

You are hereby notified that on this date, you were asked to submit to a test or tests to determine the alcohol and/or drug concentration within your system. (§42-4-1301.1, C.R.S.). The following constitute PROBABLE CAUSE to believe you were driving a motor vehicle while impaired by or under the influence of alcohol or drugs, or with a blood or breath alcohol content in excess of the limits imposed by law. ON 033107 YOU WERE OBSERVED DRIVING E/B MAINSTREET & LUNA LINE, TOWN OF PARKER, DOUGLAS COUNTY, CO. YOU FAILED TO STOP FOR THE RED LIGHT. YOU FOLLOWED THE WITNESS TO 22977 HOPE DALE AVE, TOWN OF PARKER, DOUGLAS COUNTY, CO. UPON CONTACT YOU HAD BLOOD SHOT WATERY EYES, SLURRED SPEECH AND A STRONG ODOR OF AN UNKNOWN ALCOHOLIC BEVERAGE ON HER BREATH AND PERSON. YOU REFUSED TO PERFORM VOLUNTARILY ROADSIDE MANEUVERS AND WERE PLACED IN CUSTODY. YOU WERE ADVISED OF COLORADO EXPRESS CONSENT LAW TO WHICH YOU REFUSED A CHEMICAL TEST. YOU WERE TRANSPORTED TO THE DOUGLAS COUNTY JAIL.

Date of Stop: 033107
B.A.C.: REFUSED

**ORDER OF REVOCATION (§42-2-126 C.R.S.)**
THIS IS YOUR OFFICIAL ORDER. Unless you request a hearing in writing, and surrender your license within seven (7) calendar days after this date of notice, the Department of Revenue shall enter this order effective the eighth (8th) day after the date of notice*. This order shall remain in effect until you comply with the provisions of §42-2-132, C.R.S., file the required insurance form, and pay a reinstatement fee to the Department of Revenue. Upon reinstatement, you may be required to complete a written and drive test before a new driver's license can be issued.

☒ REFUSAL. Because you refused to take or complete, or to cooperate with any testing or tests of your blood, breath, saliva, and/or urine, your driver's license and/or driving privilege is hereby revoked. (FIRST OFFENSE - one year, three years if hazardous material violation. SECOND OFFENSE - two years, life if commercial licensee. THIRD OR SUBSEQUENT OFFENSE - three years, life if commercial licensee.)

☐ EXCESS B.A.C. Because you submitted to testing that disclosed an alcohol concentration of 0.08 or more, or 0.02 or more if you are under the age of 21, your driver's license and/or driving privilege is hereby revoked. (FIRST OFFENSE - three months, one year, if commercial licensee. SECOND OFFENSE - one year, six months if under 21 and B.A.C. is under 0.08, life if commercial licensee. THIRD OR SUBSEQUENT OFFENSE - one year, life if commercial licensee.)

☐ COMMERCIAL VEHICLE AND/OR HAZARDOUS MATERIALS WITH EXCESS B.A.C. Because you submitted to testing that disclosed an alcohol concentration of 0.04 or more, or at least 0.02 but less than 0.04 if you are under the age of 21, your driver's license and/or driving privilege is hereby revoked. (FIRST OFFENSE - one year, three years if hazardous material violation, three months if under 21 and B.A.C. is under 0.04. SECOND OFFENSE - life, six months if under 21 and B.A.C. is under 0.04. THIRD OR SUBSEQUENT OFFENSE - life, one year if under 21 and B.A.C. is under 0.04)

**YOU HAVE THE RIGHT TO REQUEST A HEARING [§42-2-126 (6), C.R.S.]**
Your written request for a hearing and a driver's license must be received by the Colorado Department of Revenue within seven (7) calendar days after date of notice*. A temporary permit may be issued until the date of your first scheduled hearing. If your written request and driver's license are not received by the Colorado Department of Revenue within seven (7) calendar days after date of notice*, you waive your right to a hearing and the Department's determination is final. Unless previously surrendered, any driver's license in your possession must be surrendered at the time of the hearing request before a hearing will be granted. You may make a request for a hearing in-person at any Colorado Driver's License Office. Bring this affidavit and notice with you.

**SURRENDER OF DRIVER'S LICENSE**
Section 42-2-126 (5)(b), C.R.S., requires the officer to take possession of any driver's license you hold. When you surrender your driver's license, the officer may issue a temporary permit that will remain in force for seven (7) calendar days after the date of notice*.

**TEMPORARY PERMIT**
This entire notice and order is a temporary permit which expires on the seventh (7th) day after the date of notice* when indicated below and when signed by both you and the peace officer.

License Surrendered? ☒ Yes ☐ No
Temporary Permit Issued? ☒ Yes ☐ No   Restrictions/Endorsements: For interlock restricted drivers see also DR 2057. Do not issue permit

Signature of Respondent: IN CUSTODY
Name of Police Agency: PARKER POLICE DEPT.

I swear, verify, and affirm under penalty of perjury that the information and facts contained in this Affidavit and Notice of Revocation are true to the best of my knowledge and belief.

Signature of Officer: [signature]
Number: 0610
Officer's Name - Please Print: K. RUDGEAR
District: 4   Troop:    Patrol: P

(Original: Department of Revenue)   Read other side for information (Affidavit and Notice continues on back of form)

**DEPARTMENT OF REVENUE**   00005


Exhibit # 7
Name: [handwritten]
Date: [handwritten]
Bruno Reporting

**COLORADO DEPARTMENT OF REVENUE**
**DIVISION OF MOTOR VEHICLES**
**DRIVER CONTROL/TRAFFIC RECORDS**
DENVER CO 80261-0016
(303) 205-5613

**EXPRESS CONSENT AFFIDAVIT AND NOTICE OF REVOCATION**
Number: 1583770
YOU MUST ACT WITHIN 7 DAYS
THIS IS A LEGAL DOCUMENT
*Date of Notice: 12-18-06

[ ] Blood (Do Not Serve)  [ ] Breath  [X] Refusal

Respondent's Last Name: CASTOFKA
First Name: STEPHEN
Middle Name: A

Date of Birth: 10/29/57
Address: 720 16th ST #321 DENVER CO 80202
Personally Served: [X] Yes [ ] No

Driver License Number: 93-XX-XXXX-71
Class: R
State: CO
Sex: M
Weight: 150
Height: 5/10
Hair: BRO
Eyes: GRN

Commercial Driver's License: [ ] Yes [X] No
Commercial Motor Vehicle: [ ] Yes [X] No
Hazardous Materials: [ ] Yes [X] No
Accident: [ ] Yes [X] No — [ ] Fatal

License Plate: 194 NAF
State: CO
Registered Owner: [X] Same as above

You are hereby notified that on this date, you were asked to submit to a test or tests to determine the alcohol and/or drug concentration within your system. [§42-4-1301.1, C.R.S.]. The following constitute PROBABLE CAUSE to believe you were driving a motor vehicle while impaired by or under the influence of alcohol or drugs, or with a blood or breath alcohol content in excess of the limits imposed by law.

You were observed operating a motor vehicle. You were stopped for a red light violation. Upon contact it was observed that you had a strong odor of an alcoholic beverage on your breath, poor balance, and blood shot eyes. You failed to perform roadside maneuvers to the officers satisfaction. You consented to a blood test. Upon arrival to the hospital you decided not to take the test. I once again advised you of Express consent and you again refused by signing a refusal from RR and stating "no" at 2353 hours.

Date of Stop: 12-18-06
B.A.C.: Refusal

**ORDER OF REVOCATION (§42-2-126 C.R.S.)**
THIS IS YOUR OFFICIAL ORDER. Unless you request a hearing in writing, and surrender your license within seven (7) calendar days after this date of notice, the Department of Revenue shall enter this order effective the eighth (8th) day after the date of notice*. This order shall remain in effect until you comply with the provisions of §42-2-132, C.R.S., file the required insurance form, and pay a reinstatement fee to the Department of Revenue. Upon reinstatement, you may be required to complete a written and drive test before a new driver's license can be issued.

[X] **REFUSAL.** Because you refused to take or complete, or to cooperate with any testing or tests of your blood, breath, saliva, and/or urine, your driver's license and/or driving privilege is hereby revoked. (FIRST OFFENSE - one year, three years if hazardous material violation. SECOND OFFENSE - two years, life if commercial licensee. THIRD OR SUBSEQUENT OFFENSE - three years, life if commercial licensee.)

[ ] **EXCESS B.A.C.** Because you submitted to testing that disclosed an alcohol concentration of 0.08 or more, or 0.02 or more if you are under the age of 21, your driver's license and/or driving privilege is hereby revoked. (FIRST OFFENSE - three months, one year, if commercial licensee. SECOND OFFENSE - one year, six months if under 21 and B.A.C. is under 0.08, life if commercial licensee. THIRD OR SUBSEQUENT OFFENSE - one year, life if commercial licensee.)

[ ] **COMMERCIAL VEHICLE AND/OR HAZARDOUS MATERIALS WITH EXCESS B.A.C.** Because you submitted to testing that disclosed an alcohol concentration of 0.04 or more, or at least 0.02 but less than 0.04 if you are under the age of 21, your driver's license and/or driving privilege is hereby revoked. (FIRST OFFENSE - one year, three years if hazardous material violation, three months if under 21 and B.A.C. is under 0.04. SECOND OFFENSE - life, six months if under 21 and B.A.C. is under 0.04. THIRD OR SUBSEQUENT OFFENSE - life, one year if under 21 and B.A.C. is under 0.04)

**YOU HAVE THE RIGHT TO REQUEST A HEARING (§42-2-126 (8), C.R.S.)**
Your written request for a hearing and a driver's license must be received by the Colorado Department of Revenue within seven (7) calendar days after date of notice*. A temporary permit may be issued until the date of your first scheduled hearing. If your written request and driver's license are not received by the Colorado Department of Revenue within seven (7) calendar days after date of notice*, you waive your right to a hearing and the Department's determination is final. Unless previously surrendered, any driver's license in your possession must be surrendered at the time of the hearing request before a hearing will be granted. You may make a request for a hearing in person at any Colorado Driver's License Office. Bring this affidavit and notice with you.

**SURRENDER OF DRIVER'S LICENSE**
Section 42-2-126 (5)(b), C.R.S., requires the officer to take possession of any driver's license you hold. When you surrender your driver's license, the officer may issue a temporary permit that will remain in force for seven (7) calendar days after the date of notice*

**TEMPORARY PERMIT**
This entire notice and order is a temporary permit which expires on the seventh (7th) day after the date of notice* when indicated below and when signed by both you and the peace officer.

License Surrendered? [X] Yes [ ] No
Temporary Permit Issued? [X] Yes [ ] No   Restrictions/Endorsements:

Signature of Respondent: X
Name of Police Agency: DENVER POLICE DEPT

I swear, verify, and affirm under penalty of perjury that the information and facts contained in this Affidavit and Notice of Revocation are true to the best of my knowledge and belief.

Signature of Officer: [signed]
Number: 05003
Officer's Name: Richard Rodriguez
District: 10/DUI   Troop:   Patrol:

(Original: Department of Revenue)   Read other side for information (Affidavit and Notice continues on back of form)

**DEPARTMENT OF REVENUE**

**DEPARTMENT OF REVENUE**
VEHICLE BUSINESS GROUP
CONTROL/TRAFFIC RECORDS
CO 80261-0016
5-5613

**EXPRESS CONSENT AFFIDAVIT AND NOTICE OF REVOCATION**
YOU MUST ACT WITHIN 7 DAYS
THIS IS A LEGAL DOCUMENT

Number: **1496334**
Date of Notice: 03-10-05

| Respondent's Last Name | First Name | Middle Name | [X] Blood (Do Not Serve) | [ ] Breath | [ ] Refusal |
|---|---|---|---|---|---|
| MORRISON | ERICH | B | | | |

| Date of Birth (MO/DAY/YR) | Address (street, city, state, ZIP) / Mailing address, if different | Personally Served |
|---|---|---|
| 10-23-73 | 7620 S. AMES WAY LITTLETON CO | [ ] Yes  [X] No |

| Driver License Number | Class | State | Social Security Number | Sex | Weight | Height | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|
| 96-193-0643 | R | CO | (redacted) | M | 150 | 6-0 | BRO | HAZ |

| Commercial Driver License | Commercial Motor Vehicle | Hazardous Materials | Accident | | |
|---|---|---|---|---|---|
| [ ] Yes [X] No | [ ] Yes [X] No | [ ] Yes [X] No | [ ] Yes [X] No | — | [ ] Fatal |

| License Plate | State | Registered Owner Name and Address (last, first, middle) [X] Same as above |
|---|---|---|
| H129299 | CO | |

You are hereby notified that on this date, you were asked to submit to a test or tests to determine the alcohol and/or drug concentration within your system. [§42-4-1301.1, C.R.S.]. The following constitute PROBABLE CAUSE to believe you were driving a motor vehicle while impaired by or under the influence of alcohol or drugs, or with a blood or breath alcohol content in excess of the limits imposed by law.

DATE: 02-27-05    TIME: 0400    REASON FOR STOP: VEHICLE PARKED ON ROADWAY
LOCATION: HIGHLANDS RANCH PARKWAY + HWY 85    COUNTY OF DOUGLAS
ODOR OF ALCOHOLIC BEVERAGE: YES (X) NO ( )    BLOODSHOT/WATERY EYES: YES (X) NO ( )
STATED HE/SHE HAD BEEN DRINKING: YES (X) NO ( )
VOLUNTARY ROADSIDES: YES (X) NO ( )    REFUSED: ( )    SATISFACTORILY COMPLETED: YES ( ) NO (X)
ADVISED OF EXPRESS CONSENT: YES (X) NO ( )
YOU AGREED TO A CHEMICAL TEST OF YOUR: BLOOD (X) BREATH ( ) REFUSED ( )
RESULTS: 0.126 %BrAc/BAC    TIME OF TEST /BLOOD DRAWN: 0506  02-27-05
CERTIFIED INTOXILYZER: YES ( ) NO ( )    CERTIFIED INTOXILYZER OPERATOR: YES ( ) NO ( )
BLOOD DRAWN AT: 4000 JUSTICE WAY    BY: CASTLE ROCK FIRE

Date of Stop: 
B.A.C.: .126

**ORDER OF REVOCATION (§42-2-126 C.R.S.)**
THIS IS YOUR OFFICIAL ORDER. Unless you request a hearing in writing, and surrender your license within seven (7) calendar days after this date of notice, the Department of Revenue shall enter this order effective the eighth (8th) day after the date of notice*. This order shall remain in effect until you comply with the provisions of §42-2-132, C.R.S., file the required insurance form, and pay a reinstatement fee to the Department of Revenue. Upon reinstatement, you may be required to complete a written and drive test before a new driver license can be issued.

[ ] REFUSAL. Because you refused to take or complete, or to cooperate with any testing or tests of your blood, breath, saliva, and/or urine, your driver license and/or driving privilege is hereby revoked. (FIRST OFFENSE - one year, three years if hazardous material violation. SECOND OFFENSE - two years, life if commercial driver. THIRD OR SUBSEQUENT OFFENSE - three years, life if commercial driver.)

[X] EXCESS B.A.C. Because you submitted to testing that disclosed an alcohol concentration of 0.08 or more, or 0.02 or more if you are under the age of 21, your driver license and/or driving privilege is hereby revoked. (FIRST OFFENSE - three months. SECOND OFFENSE - one year, six months if under 21 and B.A.C. is under 0.08, life if commercial driver. THIRD OR SUBSEQUENT OFFENSE - one year, life if commercial driver.)

[ ] COMMERCIAL VEHICLE AND/OR HAZARDOUS MATERIALS WITH EXCESS B.A.C. Because you submitted to testing that disclosed an alcohol concentration of 0.04 or more, or at least 0.02 but less than 0.04 if you are under the age of 21, your driver license and/or driving privilege is hereby revoked. (FIRST OFFENSE - one year, three years if hazardous material violation, three months if under 21 and B.A.C. is under 0.04. SECOND OFFENSE - life, six months if under 21 and B.A.C. is under 0.04. THIRD OR SUBSEQUENT OFFENSE - life, one year if under 21 and B.A.C. is under 0.04)

**YOU HAVE THE RIGHT TO REQUEST A HEARING [§42-2-126 (8), C.R.S.]**
Your written request for a hearing and a driver license must be received by the Colorado Department of Revenue within seven (7) calendar days after date of notice*. A temporary permit may be issued until the date of your first scheduled hearing. If your written request and driver license are not received by the Colorado Department of Revenue within seven (7) calendar days after date of notice*, you waive your right to a hearing and the Department's determination is final. Unless previously surrendered, any driver license in your possession must be surrendered at the time of the hearing request before a hearing will be granted. You may make a request for a hearing in person at any Colorado Driver License Office. Bring this affidavit and notice with you.

**SURRENDER OF DRIVER LICENSE**
Section 42-2-126 (5)(b), C.R.S., requires the officer to take possession of any driver license you hold. When you surrender your driver license, the officer may issue a temporary permit that will remain in force for seven (7) calendar days after the date of notice*.

**TEMPORARY PERMIT**
This entire notice and order is a temporary permit which expires on the seventh (7th) day after the date of notice* when indicated below and when signed by both you and the peace officer.

| License Surrendered? | Temporary Permit Issued? For Interlock restricted drivers, see also DR 2057- Do not issue permit. |
|---|---|
| [ ] Yes [X] No | [X] Yes [ ] No    Restrictions/Endorsements: |

| Signature of Respondent | Name of Police Agency (No Abbreviations Please) |
|---|---|
| | DOUGLAS COUNTY SHERIFF'S OFFICE |

I swear, verify, and affirm under penalty of perjury that the information and facts contained in this Affidavit and Notice of Revocation are true to the best of my knowledge and belief.

| Signature of Officer | Date of Notice: 03-10-05 |
|---|---|
| (signature) | Number: 025 |

| Officer's Name - Please Print | District | Troop | Patrol |
|---|---|---|---|
| COMPTON | 3 | | 407 |

(Original: Department of Revenue)    Read other side for information. (Affidavit and Notice continues on back of form)

**EXPRESS CONSENT AFFIDAVIT AND NOTICE OF REVOCATION**
Number: **1503631**

(06/11/04)
CDO DEPARTMENT OF REVENUE
A VEHICLE BUSINESS GROUP
ER CONTROL/TRAFFIC RECORDS
NVER CO 80261-0016
03) 205-5613

YOU MUST ACT WITHIN 7 DAYS
THIS IS A LEGAL DOCUMENT

*Date of Notice: **051405**

| Field | Value |
|---|---|
| Respondent's Last Name | Lucarola |
| First Name | Troy |
| Middle Name | Allan |
| Test Type | ☒ Blood (Do Not Serve)  ☐ Breath  ☐ Refusal |
| Date of Birth (MO/DAY/YR) | 031263 |
| Address | 7825 Crest Drive Lakewood, Co 80215 |
| Personally Served | ☐ Yes  ☒ No |
| Driver License Number | 92 0503507 |
| Class | R |
| State | Co |
| Social Security Number | 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 |
| Sex | M |
| Weight | 195 |
| Height | 60 |
| Hair | Bro |
| Eyes | Blu |
| Commercial Driver License | ☐ Yes ☒ No |
| Commercial Motor Vehicle | ☐ Yes ☒ No |
| Hazardous Materials | ☐ Yes ☒ No |
| Accident | ☐ Yes ☒ No  ☐ Fatal |
| License Plate | 786 LEZ |
| State | Co |
| Registered Owner | ☒ Same as above |

You are hereby notified that on this date, you were asked to submit to a test or tests to determine the alcohol and/or drug concentration within your system. [§42-4-1301.1, C.R.S.] The following constitute PROBABLE CAUSE to believe you were driving a motor vehicle while impaired by or under the influence of alcohol or drugs, or with a blood or breath alcohol content in excess of the limits imposed by law.

1) You were driving a motor vehicle in the city of Wheat Ridge, County of Jefferson, State of Colo.
2) You failed to yield right of way when turning left.
3) When contacted you had a strong odor of an alcoholic beverage on your breath and your eyes were glassy & bloodshot.
4) You failed Voluntary Roadside Maneuvers.
5) A chemical test of your blood revealed .278 g ethanol/100 mL blood.

Date of Stop: **042905**
B.A.C.: **.278**

**ORDER OF REVOCATION (§42-2-126 C.R.S.)**
THIS IS YOUR OFFICIAL ORDER. Unless you request a hearing in writing, and surrender your license within seven (7) calendar days after this date of notice, the Department of Revenue shall enter this order effective the eighth (8th) day after the date of notice*. This order shall remain in effect until you comply with the provisions of §42-2-132, C.R.S., file the required insurance form, and pay a reinstatement fee to the Department of Revenue. Upon reinstatement, you may be required to complete a written and drive test before a new driver license can be issued.

[ ] **REFUSAL.** Because you refused to take or complete, or to cooperate with any testing or tests of your blood, breath, saliva, and/or urine, your driver license and/or driving privilege is hereby revoked. (FIRST OFFENSE - one year, three years if hazardous material violation. SECOND OFFENSE - two years, life if commercial driver. THIRD OR SUBSEQUENT OFFENSE - three years, life if commercial driver.)

[☒] **EXCESS B.A.C.** Because you submitted to testing that disclosed an alcohol concentration of 0.08 or more, or 0.02 or more if you are under the age of 21, your driver license and/or driving privilege is hereby revoked. (FIRST OFFENSE - three months. SECOND OFFENSE - one year, six months if under 21 and B.A.C. is under 0.08, life if commercial driver. THIRD OR SUBSEQUENT OFFENSE - one year, life if commercial driver.)

[ ] **COMMERCIAL VEHICLE AND/OR HAZARDOUS MATERIALS WITH EXCESS B.A.C.** Because you submitted to testing that disclosed an alcohol concentration of 0.04 or more, or at least 0.02 but less than 0.04 if you are under the age of 21, your driver license and/or driving privilege is hereby revoked. (FIRST OFFENSE - one year, three years if hazardous material violation, three months if under 21 and B.A.C. is under 0.04. SECOND OFFENSE - life, six months if under 21 and B.A.C. is under 0.04. THIRD OR SUBSEQUENT OFFENSE - life, one year if under 21 and B.A.C. is under 0.04)

**YOU HAVE THE RIGHT TO REQUEST A HEARING [§42-2-126 (8), C.R.S.]**
Your written request for a hearing and a driver license must be received by the Colorado Department of Revenue within seven (7) calendar days after date of notice*. A temporary permit may be issued until the date of your first scheduled hearing. If your written request and driver license are not received by the Colorado Department of Revenue within seven (7) calendar days after date of notice*, you waive your right to a hearing and the Department's determination is final. Unless previously surrendered, any driver license in your possession must be surrendered at the time of the hearing request before a hearing will be granted. You may make a request for a hearing in person at any Colorado Driver License Office. Bring this affidavit and notice with you.

**SURRENDER OF DRIVER LICENSE**
Section 42-2-126 (5)(b), C.R.S., requires the officer to take possession of any driver license you hold. When you surrender your driver license, the officer may issue a temporary permit that will remain in force for seven (7) calendar days after the date of notice*.

**TEMPORARY PERMIT**
This entire notice and order is a temporary permit which expires on the seventh (7th) day after the date of notice* when indicated below and when signed by both you and the peace officer.

| License Surrendered? | Temporary Permit Issued? | |
|---|---|---|
| ☐ Yes  ☒ No | ☒ Yes  ☐ No  Restrictions/Endorsements: | |

Signature of Respondent: 
Name of Police Agency: Wheat Ridge Police

I swear, verify, and affirm under penalty of perjury that the information and facts contained in this Affidavit and Notice of Revocation are true to the best of my knowledge and belief.

Signature of Officer: /s/ Franklin D. Gonzales
Officer's Name - Please Print: Franklin D. Gonzales

Date of Notice: **051405**
Number: **002**
District | Troop | Patrol

**DEPARTMENT OF REVENUE**
**TITLE BUSINESS GROUP**
**DUI/TRAFFIC RECORDS**
CO 80261-0016
-5013

**EXPRESS CONSENT AFFIDAVIT AND NOTICE OF REVOCATION**
Number: 1513915
YOU MUST ACT WITHIN 7 DAYS
THIS IS A LEGAL DOCUMENT
Date of Notice: 02-10-05

| Respondent's Last Name | First Name | Middle Name | Blood (Do Not Serve) | Breath | Refusal |
|---|---|---|---|---|---|
| Burbank | Gary | Asher | ☐ | ☐ | ☒ |

| Date of Birth (MO/DAY/YR) | Address (street, city, state, ZIP) / Mailing address, if different | Personally Served |
|---|---|---|
| 12/15/54 | 5655 E 124th Way | ☒ Yes  ☐ No |

| Driver License Number | Class | State | Social Security Number | Sex | Weight | Height | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|
| 95-100-0092 R | R | CO | ████ | M | 180 | 5'10 | BRN | HZL |

| Commercial Driver License | Commercial Motor Vehicle | Hazardous Materials | Accident | | |
|---|---|---|---|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☒ No | ☐ Yes  ☒ No | ☒ Yes  ☐ No | — | ☐ Fatal |

| License Plate | State | Registered Owner Name and Address (last, first, middle) |
|---|---|---|
| 635 HTW | CO | ☒ Same as above |

You are hereby notified that on this date, you were asked to submit to a test or tests to determine the alcohol and/or drug concentration within your system. (§42-4-1301.1, C.R.S.). The following constitute PROBABLE CAUSE to believe you were driving a motor vehicle while impaired by or under the influence of alcohol or drugs, or with a blood or breath alcohol content in excess of the limits imposed by law. ON 02-10-05 AT APPROXIMATELY 1640 HRS ON 10853 US HWY 285 IN CONIFER, COUNTY OF JEFFERSON, STATE OF COLORADO YOU WERE INVOLVED IN AN ACCIDENT. I DETECTED THE ODOR OF AN UNKNOWN ALCOHOLIC BEVERAGE ON YOUR BREATH AND OBSERVED YOUR EYES TO BE WATERY AND BLOOD-SHOT. YOU AGREED TO DO VOLUNTARY ROADSIDES AND DID NOT COMPLETE THEM IN A MANNER A SOBER PERSON WOULD. I ADVISED YOU OF THE COLORADO EXPRESS CONSENT LAW AND YOU REFUSED TO TAKE A BLOOD OR BREATH TEST. I EXPLAINED THE EXPRESS CONSENT LAW AGAIN AND YOU REFUSED BY NOT GIVING AN ANSWER. I TOLD YOU NO ANSWER WOULD BE TAKEN AS A REFUSAL. YOU SAID "TAKE IT AS A REFUSAL". AT APPROXIMATELY 1802 HOURS.

Date of Stop: 02-10-05
B.A.C.

**ORDER OF REVOCATION** (§42-2-126 C.R.S.)
THIS IS YOUR OFFICIAL ORDER. Unless you request a hearing in writing, and surrender your license within seven (7) calendar days after this date of notice, the Department of Revenue shall enter this order effective the eighth (8th) day after the date of notice*. This order shall remain in effect until you comply with the provisions of §42-2-132, C.R.S., file the required insurance form, and pay a reinstatement fee to the Department of Revenue. Upon reinstatement, you may be required to complete a written and drive test before a new driver license can be issued.

[X] **REFUSAL.** Because you refused to take or complete, or to cooperate with any testing or tests of your blood, breath, saliva, and/or urine, your driver license and/or driving privilege is hereby revoked. (FIRST OFFENSE - one year, three years if hazardous material violation. SECOND OFFENSE - two years, life if commercial driver. THIRD OR SUBSEQUENT OFFENSE - three years, life if commercial driver.)

[ ] **EXCESS B.A.C.** Because you submitted to testing that disclosed an alcohol concentration of 0.08 or more, or 0.02 or more if you are under the age of 21, your driver license and/or driving privilege is hereby revoked. (FIRST OFFENSE - three months. SECOND OFFENSE - one year, six months if under 21 and B.A.C. is under 0.08, life if commercial driver. THIRD OR SUBSEQUENT OFFENSE - one year, life if commercial driver.)

[ ] **COMMERCIAL VEHICLE AND/OR HAZARDOUS MATERIALS WITH EXCESS B.A.C.** Because you submitted to testing that disclosed an alcohol concentration of 0.04 or more, or at least 0.02 but less than 0.04 if you are under the age of 21, your driver license and/or driving privilege is hereby revoked. (FIRST OFFENSE - one year, three years if hazardous material violation, three months if under 21 and B.A.C. is under 0.04. SECOND OFFENSE - life, six months if under 21 and B.A.C. is under 0.04. THIRD OR SUBSEQUENT OFFENSE - life, one year if under 21 and B.A.C. is under 0.04.)

**YOU HAVE THE RIGHT TO REQUEST A HEARING** [§42-2-126 (8), C.R.S.]
Your written request for a hearing and a driver license must be received by the Colorado Department of Revenue within seven (7) calendar days after date of notice*. A temporary permit may be issued until the date of your first scheduled hearing. If your written request and driver license are not received by the Colorado Department of Revenue within seven (7) calendar days after date of notice*, you waive your right to a hearing and the Department's determination is final. Unless previously surrendered, any driver license in your possession must be surrendered at the time of the hearing and before a hearing will be granted. You may make a request for a hearing in person at any Colorado Driver License Office. Bring this affidavit and notice with you.

*LICENSE SURRENDERED* (watermark)

**SURRENDER OF DRIVER LICENSE**
Section 42-2-126 (5)(b), C.R.S., requires the officer to take possession of any driver license you hold. When you surrender your driver license, the officer may issue a temporary permit that will remain in force for seven (7) calendar days after the date of notice*.

**TEMPORARY PERMIT**
This entire notice and order is a temporary permit which expires on the seventh (7th) day after the date of notice* when indicated below and when signed by both you and the peace officer.

| License Surrendered? | Temporary Permit Issued? For Interlock restricted drivers, see also DR 2057- Do not issue permit. |
|---|---|
| ☒ Yes  ☐ No | ☒ Yes  ☐ No   Restrictions/Endorsements: |

| Signature of Respondent | Name of Police Agency (No Abbreviations Please) |
|---|---|
| IN CUSTODY | Colorado State Patrol |

| I swear, verify, and affirm under penalty of perjury that the information and facts contained in this Affidavit and Notice of Revocation are true to the best of my knowledge and belief. | Date of Notice: 02-10-05 |
|---|---|
| Signature of Officer: [signature] | Number: 222E |
| Officer's Name - Please Print: CHERRY / EIDENMILLER | District: 6  Troop: A  Patrol: 5 |

(Original: Department of Revenue)    Read other side for information (Affidavit and Notice continues on back of form)

**DEPARTMENT OF REVENUE**

```
DR 2578 (11/28-05)
COLORADO DEPARTMENT OF REVENUE
DIVISION OF MOTOR VEHICLES
DRIVER CONTROL/TRAFFIC RECORDS
DENVER CO 80261-0016
(303) 205-5613
```

**EXPRESS CONSENT AFFIDAVIT AND NOTICE OF REVOCATION**   Number _____

**YOU MUST ACT WITHIN 7 DAYS**
**THIS IS A LEGAL DOCUMENT**   *Date of Notice _____

| Respondent's Last Name | First Name | Middle Name | Blood (Do Not Serve) | ☒ Breath | ☐ Refusal |
|---|---|---|---|---|---|
| WARD | Margaret | E | | | |

| Date of Birth (MO/DAY/YR) | Address (street, city, state, ZIP) / Mailing address, if different | Personally Served |
|---|---|---|
| 10/14/53 | 5255 WCR 34  PLATTEVILLE, CO 80651 | ☒ Yes  ☐ No |

| Driver's License Number | Class | State | Social Security Number | Sex | Weight | Height | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|
| | R | CO | | F | 120 | 5'2" | BR | BL |

| Commercial Driver's License | Commercial Motor Vehicle | Hazardous Materials | Accident | | |
|---|---|---|---|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☒ No | ☐ Yes  ☒ No | ☒ Yes  ☐ No  –  ☐ Fatal | | |

| License Plate | State | Registered Owner Name and Address (last, first, middle) | ☐ Same as above |
|---|---|---|---|
| | CO | FRAZIER KENNETH - Same Address | |

You are hereby notified that on this date, you were asked to submit to a test or tests to determine the alcohol and/or drug concentration within your system. [§42-4-1301.1, C.R.S.]. The following constitute PROBABLE CAUSE to believe you were driving a motor vehicle while impaired by or under the influence of alcohol or drugs, or with a blood or breath alcohol content in excess of the limits imposed by law.

Date 8/31/07  Time: ____  Reason for stop: _____
Location: _____  County of _____  Colorado
Odor of alcoholic beverage? Yes ☒ No ☐   Eyes: Bloodshot ☒ Watery ☒
Admitted to consuming an alcoholic beverage(s) prior to contact with Trooper? Yes ☐ No ☒
Voluntary Roadside Maneuvers? Yes ☒ No ☐   Refused ☐   Satisfactorily Completed? Yes ☐ No ☒
You agreed to a chemical test of your: Blood ☐  Breath ☒  Refused ☐  Results: 0.18  BrAC/BAC
Chemical tests completed within two hour time limit? Yes ☒ No ☐   Time Completed _____

| Date of Stop |
|---|
| 8/31/07 |

| B.A.C. |
|---|
| 0.18 |

**ORDER OF REVOCATION (§42-2-126 C.R.S.)**
THIS IS YOUR OFFICIAL ORDER. Unless you request a hearing in writing, and surrender your license within seven (7) calendar days after this date of notice, the Department of Revenue shall enter this order effective the eighth (8th) day after the date of notice*. This order shall remain in effect until you comply with the provisions of §42-2-132, C.R.S., file the required insurance form, and pay a reinstatement fee to the Department of Revenue. Upon reinstatement, you may be required to complete a written and drive test before a new driver's license can be issued.

☐ REFUSAL. Because you refused to take or complete, or to cooperate with any testing or tests of your blood, breath, saliva, and/or urine, your driver's license and/or driving privilege is hereby revoked. (FIRST OFFENSE - one year, three years if hazardous material violation. SECOND OFFENSE - two years, life if commercial licensee. THIRD OR SUBSEQUENT OFFENSE - three years, life if commercial licensee.)

☒ EXCESS B.A.C. Because you submitted to testing that disclosed an alcohol concentration of 0.08 or more, or 0.02 or more if you are under the age of 21, your driver's license and/or driving privilege is hereby revoked. (FIRST OFFENSE - three months, one year, if commercial licensee. SECOND OFFENSE - one year, six months if under 21 and B.A.C. is under 0.08, life if commercial licensee. THIRD OR SUBSEQUENT OFFENSE - one year, life if commercial licensee.)

☐ COMMERCIAL VEHICLE AND/OR HAZARDOUS MATERIALS WITH EXCESS B.A.C. Because you submitted to testing that disclosed an alcohol concentration of 0.04 or more, or at least 0.02 but less than 0.04 if you are under the age of 21, your driver's license and/or driving privilege is hereby revoked. (FIRST OFFENSE - one year, three years if hazardous material violation, three months if under 21 and B.A.C. is under 0.04. SECOND OFFENSE - life, six months if under 21 and B.A.C. is under 0.04. THIRD OR SUBSEQUENT OFFENSE - life, one year if under 21 and B.A.C. is under 0.04)

**YOU HAVE THE RIGHT TO REQUEST A HEARING [§42-2-126 (8), C.R.S.]**
Your written request for a hearing and a driver's license must be received by the Colorado Department of Revenue within seven (7) calendar days after date of notice*. A temporary permit may be issued until the date of your first scheduled hearing. If your written request and driver's license are not received by the Colorado Department of Revenue within seven (7) calendar days after date of notice*, you waive your right to a hearing and the Department's determination is final. Unless previously surrendered, any driver's license in your possession must be surrendered at the time of the hearing request before a hearing will be granted. You may make a request for a hearing in person at any Colorado Driver's License Office. Bring this affidavit and notice with you.

**SURRENDER OF DRIVER'S LICENSE**
Section 42-2-126 (5)(b), C.R.S., requires the officer to take possession of any driver's license you hold. When you surrender your driver's license, the officer may issue a temporary permit that will remain in force for seven (7) calendar days after the date of notice*.

**TEMPORARY PERMIT**
This entire notice and order is a temporary permit which expires on the seventh (7th) day after the date of notice* when indicated below and when signed by both you and the peace officer.

| License Surrendered? | Temporary Permit Issued? For Interlock restricted drivers, see also DR 2057- Do not issue permit. |
|---|---|
| ☒ Yes  ☐ No | ☒ Yes  ☐ No  Restrictions/Endorsements: |

| Signature of Respondent | Name of Police Agency (No Abbreviations Please) |
|---|---|
| | Colorado State Patrol |

*I swear, verify, and affirm under penalty of perjury that the information and facts contained in this Affidavit and Notice of Revocation are true to the best of my knowledge and belief.*

| Signature of Officer | Number |
|---|---|
| | 7717 |

| Officer's Name - Please Print | District | Troop | Patrol |
|---|---|---|---|
| | | | |

(Original: Department of Revenue)          Read other side for information (Affidavit and Notice continues on back of form)

RESPONDENT

**DR 2576 (06/11/04)**
COLORADO DEPARTMENT OF REVENUE
MOTOR VEHICLE BUSINESS GROUP
DRIVER CONTROL/TRAFFIC RECORDS
DENVER CO 80261-0016
(303) 205-5613

**EXPRESS CONSENT AFFIDAVIT AND NOTICE OF REVOCATION**
YOU MUST ACT WITHIN 7 DAYS
THIS IS A LEGAL DOCUMENT

Number: 7007831
*Date of Notice: 6-27-06

| Respondent's Last Name | First Name | Middle Name | ☐ Blood (Do Not Serve) ☒ Breath ☐ Refusal |
|---|---|---|---|
| Benson | David | Scott | |

| Date of Birth (MO/DAY/YR) | Address (street, city, state, ZIP) / Mailing address, if different | Personally Served |
|---|---|---|
| 11-22-55 | 8955 Totara Pl Niwot CO 80503 | ☒ Yes ☐ No |

| Driver License Number | Class | State | Social Security Number | Sex | Weight | Height | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|
| 92-019-0903 | R | CO | 92-014-3493 | M | 170 | | Bro | Blu |

| Commercial Driver License | Commercial Motor Vehicle | Hazardous Materials | Accident | |
|---|---|---|---|---|
| ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Fatal |

| License Plate | State | Registered Owner Name and Address (last, first, middle) ☐ Same as above |
|---|---|---|
| 963 AFO | CO | Karen Benson |

You are hereby notified that on this date, you were asked to submit to a test or tests to determine the alcohol and/or drug concentration within your system. [§42-4-1301.1, C.R.S.]. The following constitute PROBABLE CAUSE to believe you were driving a motor vehicle while impaired by or under the influence of alcohol or drugs, or with a blood or breath alcohol content in excess of the limits imposed by law.

At 905 on 6-27-06
you were operating a motor vehicle at: (location) Niwot trail head
City of Niwot, Boulder County, Colo.
You were contacted for: Trespass
Closed sunset - sunrise
Keys in ignition
(reason for contact)

On contact, I observed that you had the following:
Breath ☐ normal ☒ odor of alcoholic beverages on or about your person
Eyes ☐ normal ☒ bloodshot ☐ glassy ☒ watery ☐ other
Speech ☐ normal ☒ slurred ☐ distinct ☐ other
Balance ☐ normal ☒ unsteady ☐ falling ☒ other almost falling

Voluntary roadside maneuvers
☒ yes ☐ no ☐ refused
Satisfactorily completed as compared to a sober person ☐ yes ☒ no
Colorado Express Consent Law read or explained to respondent ☒ yes ☐ no
Chemical test chosen ☐ blood ☒ breath
☐ refused ___

Time of test/blood draw: 954 on 6-27-06
Test results: .210 BAC

Date of Stop: 6-27-06
B.A.C.: .210

**ORDER OF REVOCATION (§42-2-126 C.R.S.)**
THIS IS YOUR OFFICIAL ORDER. Unless you request a hearing in writing, and surrender your license within seven (7) calendar days after this date of notice, the Department of Revenue shall enter this order effective the eighth (8th) day after the date of notice*. This order shall remain in effect until you comply with the provisions of §42-2-132, C.R.S., file the required insurance form, and pay a reinstatement fee to the Department of Revenue. Upon reinstatement, you may be required to complete a written and drive test before a new driver license can be issued.

[ ] **REFUSAL.** Because you refused to take or complete, or to cooperate with any testing or tests of your blood, breath, saliva, and/or urine, your driver license and/or driving privilege is hereby revoked. (FIRST OFFENSE - one year, three years if hazardous material violation. SECOND OFFENSE - two years, life if commercial driver. THIRD OR SUBSEQUENT OFFENSE - three years, life if commercial driver.)

[✓] **EXCESS B.A.C.** Because you submitted to testing that disclosed an alcohol concentration of 0.08 or more, or 0.02 or more if you are under the age of 21, your driver license and/or driving privilege is hereby revoked. (FIRST OFFENSE - three months SECOND OFFENSE - one year, six months if under 21 and B.A.C. is under 0.08, life if commercial driver. THIRD OR SUBSEQUENT OFFENSE - one year, life if commercial driver.)

[ ] **COMMERCIAL VEHICLE AND/OR HAZARDOUS MATERIALS WITH EXCESS B.A.C.** Because you submitted to testing that disclosed an alcohol concentration of 0.04 or more, or at least 0.02 but less than 0.04 if you are under the age of 21, your driver license and/or driving privilege is hereby revoked (FIRST OFFENSE - one year, three years if hazardous material violation, three months if under 21 and B.A.C. is under 0.04. SECOND OFFENSE - life, six months if under 21 and B.A.C. is under 0.04. THIRD OR SUBSEQUENT OFFENSE - life, one year if under 21 and B.A.C. is under 0.04)

**YOU HAVE THE RIGHT TO REQUEST A HEARING [§42-2-126 (8), C.R.S.]**
Your written request for a hearing and a driver license must be received by the Colorado Department of Revenue within seven (7) calendar days after date of notice*. A temporary permit may be issued until the date of your first scheduled hearing. If your written request and driver license are not received by the Colorado Department of Revenue within seven (7) calendar days after date of notice*, you waive your right to a hearing and the Department's determination is final. Unless previously surrendered, any driver license in your possession must be surrendered at the time of the hearing request before a hearing will be granted. You may make a request for a hearing in person at any Colorado Driver License Office. Bring this affidavit and notice with you.

**SURRENDER OF DRIVER LICENSE**
Section 42-2-126 (5)(b), C.R.S., requires the officer to take possession of any driver license you hold. When you surrender your driver license, the officer may issue a temporary permit that will remain in force for seven (7) calendar days after the date of notice*.

**TEMPORARY PERMIT**
This entire notice and order is a temporary permit which expires on the seventh (7th) day after the date of notice* when indicated below and when signed by both you and the peace officer.

| License Surrendered? | Temporary Permit Issued? For Interlock restricted drivers, see also DR 2057- Do not issue permit. |
|---|---|
| ☒ Yes ☐ No | ☒ Yes ☐ No   Restrictions/Endorsements: |

| Signature of Respondent | Name of Police Agency ☐ Boulder Police ☒ Boulder County Sheriff ☐ Lafayette Police |
|---|---|
| | ☐ Louisville Police ☐ University Of Colorado Police ☐ Other |

I swear, verify, and affirm under penalty of perjury that the information and facts contained in this Affidavit and Notice of Revocation are true to the best of my knowledge and belief.

| Signature of Officer | Date of Notice: 6-27-06 |
|---|---|
| K. Ayer | Employee Number: 667 |
| Officer's Name - Please Print: K. Ayer | Beat/District |

(Original: Department of Revenue)   Read other side for information (Affidavit and Notice continues on back of form)
RESPONDENT

10/63/2007  15:26   3037767...   ...EPD  ...EVE...

**DR 2578 (11/28/05)**
COLORADO DEPARTMENT OF REVENUE
DIVISION OF MOTOR VEHICLES
DRIVER CONTROL/TRAFFIC RECORDS
DENVER CO 80261-0016
(303) 205-5613

**EXPRESS CONSENT AFFIDAVIT AND NOTICE OF REVOCATION**
YOU MUST ACT WITHIN 7 DAYS
THIS IS A LEGAL DOCUMENT

Number: 1570101
Date of Notice: 08/31/07

| Respondent's Last Name | First Name | Middle Name | Blood (Do Not Serve) | ☒ Breath | ☐ Refusal |
|---|---|---|---|---|---|
| MAAN | MARGARET | E | | | |

| Date of Birth (MO/DAY/YR) | Address (street, city, state, ZIP; Mailing address, if different) | Personally Served |
|---|---|---|
| 10/12/55 | 5355 WCR 34  PLATTEVILLE CO 80651 | ☒ Yes  ☐ No |

| Driver's License Number | Class | State | Social Security Number | Sex | Weight | Height | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|
| 93-142-7145 | R | CO | 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 | F | 135 | 5'05" | BRO | BLU |

| Commercial Driver's License | Commercial Motor Vehicle | Hazardous Materials | Accident | |
|---|---|---|---|---|
| ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No | ☒ Yes ☐ No | ☐ Fatal |

| License Plate | State | Registered Owner Name and Address (last, first, middle) | ☐ Same as above |
|---|---|---|---|
| 336DDW | CO | KREAGER KENNETH - SAME ADDRESS | |

You are hereby notified that on this date, you were asked to submit to a test or tests to determine the alcohol and/or drug concentration within your system. [§42-4-1301.1, C.R.S.]. The following constitute PROBABLE CAUSE to believe you were driving a motor vehicle while impaired by or under the influence of alcohol or drugs, or with a blood or breath alcohol content in excess of the limits imposed by law.

Date: 8/31/07  Time: 2345 Hrs  Reason for stop: PRIVATE PROPERTY DAMAGE CRASH / REDDI
Location: 7.25 FRONTAGE ROAD @ H119  County of: WELD  Colorado
Odor of alcoholic beverage? Yes ☒ No ☐  Eyes: Bloodshot ☒ Watery ☒
Admitted to consuming an alcoholic beverage(s) prior to contact with Trooper? Yes ☐ No ☒
Voluntary Roadside Maneuvers? Yes ☒ No ☐  Refused ☐  Satisfactorily Completed? Yes ☐ No ☒
You agreed to a chemical test of your: Blood ☐ Breath ☒ Refused ☐  Results: 0.184  BAC/BrAC
Chemical tests completed within two hour time limit? Yes ☒ No ☐  Time Completed: 0142 HRS

Date of Stop: 8/31/07
B.A.C.: 0.184

**ORDER OF REVOCATION (§42-2-126 C.R.S.)**
THIS IS YOUR OFFICIAL ORDER. Unless you request a hearing in writing, and surrender your license within seven (7) calendar days after this date of notice, the Department of Revenue shall enter this order effective the eighth (8th) day after the date of notice*. This order shall remain in effect until you comply with the provisions of §42-2-132, C.R.S., file the required insurance form, and pay a reinstatement fee to the Department of Revenue. Upon reinstatement, you may be required to complete a written and drive test before a new driver's license can be issued.

[ ] **REFUSAL.** Because you refused to take or complete, or to cooperate with any testing or tests of your blood, breath, saliva, and/or urine, your driver's license and/or driving privilege is hereby revoked. (FIRST OFFENSE - one year, three years if hazardous material violation, SECOND OFFENSE - two years, life if commercial licensee. THIRD OR SUBSEQUENT OFFENSE - three years, life if commercial licensee.)

[☒] **EXCESS B.A.C.** Because you submitted to testing that disclosed an alcohol concentration of 0.08 or more, or 0.02 or more if you are under the age of 21, your driver's license and/or driving privilege is hereby revoked. (FIRST OFFENSE - three months, one year, if commercial licensee. SECOND OFFENSE - one year, six months if under 21 and B.A.C. is under 0.08, life if commercial licensee. THIRD OR SUBSEQUENT OFFENSE - one year, life if commercial licensee.)

[ ] **COMMERCIAL VEHICLE AND/OR HAZARDOUS MATERIALS WITH EXCESS B.A.C.** Because you submitted to testing that disclosed an alcohol concentration of 0.04 or more, or at least 0.02 but less than 0.04 if you are under the age of 21, your driver's license and/or driving privilege is hereby revoked. (FIRST OFFENSE - one year, three years if hazardous material violation, three months if under 21 and B.A.C. is under 0.04. SECOND OFFENSE - life, six months if under 21 and B.A.C. is under 0.04. THIRD OR SUBSEQUENT OFFENSE - life, one year if under 21 and B.A.C. is under 0.04.)

**YOU HAVE THE RIGHT TO REQUEST A HEARING [§42-2-126 (8), C.R.S.]**
Your written request for a hearing and a driver's license must be received by the Colorado Department of Revenue within seven (7) calendar days after date of notice*. A temporary permit may be issued until the date of your first scheduled hearing. If your written request and driver's license are not received by the Colorado Department of Revenue within seven (7) calendar days after date of notice*, you waive your right to a hearing and the Department's determination is final. Unless previously surrendered, any driver's license in your possession must be surrendered at the time of the hearing request before a hearing will be granted. You may make a request for a hearing in person at any Colorado Driver's License Office. Bring this affidavit and notice with you.

**SURRENDER OF DRIVER'S LICENSE**
Section 42-2-126 (5)(b), C.R.S., requires the officer to take possession of any driver's license you hold. When you surrender your driver's license, the officer may issue a temporary permit that will remain in force for seven (7) calendar days after the date of notice*.

**TEMPORARY PERMIT**
This entire notice and order is a temporary permit which expires on the seventh (7th) day after the date of notice* when indicated below and when signed by both you and the peace officer.

| License Surrendered? | Temporary Permit Issued? For Interlock restricted drivers, see also DR 2057. Do not issue permit. |
|---|---|
| ☒ Yes ☐ No | ☒ Yes ☐ No  Restrictions/Endorsements: |

| Signature of Respondent | Name of Police Agency (No Abbreviations Please) |
|---|---|
|  | COLORADO STATE PATROL |

I swear, verify, and affirm under penalty of perjury that the information and facts contained in this Affidavit and Notice of Revocation are true to the best of my knowledge and belief.

| Signature of Officer | Number |
|---|---|
|  | 7747 |

| Officer's Name - Please Print | District | Troop | Patrol |
|---|---|---|---|
| SUTER KENBERGER | | | |

(Original Department of Revenue)  Read other side for information (Affidavit and Notice continues on back of form)

RESPONDENT