**BRUNO REPORTING COMPANY**

1

```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO


Civil Action No. 07-CV-00029-RPM


Plaintiff:

BUCK MALOY MELTON,

v.

CITY OF GUNNISON, COLORADO; OFFICER RONALD MOORE,
individually, and OFFICER GRACE COWAN, individually.

Defendants:

_____


              DEPOSITION OF GARY F. PIROSKO, ESQ.

                       December 17, 2007
_____

APPEARANCES

FOR THE PLAINTIFF:     SEAN McDERMOTT, ESQ.
                       McDermott Hansen & McLaughlin, LLP
                       1890 Gaylord Street
                       Denver, Colorado  80206

FOR THE DEFENDANTS:    ELLIOTT J. SCOTT, ESQ.
                       Senter Goldfarb & Rice, LLC
                       1700 Broadway, Suite 1700
                       Denver, Colorado  80290
```

COPY

*899 Logan St.*
*Suite 208*
*Denver, CO*
*80203*
*303 / 831-1667*
*Fax / 831-4432*

```
                 CLAUDIA R. BOOTON, RPR
              BRUNO REPORTING COMPANY, INC.
                      (303) 831-1667
```

Page 86

```
 1      Q   Of course, it's a relatively small sample
 2   size, right?
 3      A   Absolutely. I agree. If there were 1,000
 4   troopers, these may be the only two that are doing it
 5   this way, and I just happened to get those two reports.
 6   I'm not saying that it could be 90 percent or 2 percent.
 7   I don't know.
 8      Q   All right. But I guess on the -- do you
 9   have any reason to doubt what -- I've characterized
10   Trooper Lawrence -- you might have the report right
11   there, but Trooper Lawrence says that this is how people
12   in the Colorado State Patrol -- or officers in the
13   Colorado State Patrol are trained. Do you have any
14   reason to doubt that's actually how they're trained?
15          MR. McDERMOTT: Object to the form.
16      A   For the record, I don't believe that I've
17   ever met this trooper --
18      Q   (BY MR. SCOTT)  Sure.
19      A   -- or read any of his reports or heard
20   anything about him on the List Serve or any other way, so
21   I wouldn't know him if I met him outside.
22      Q   Right.
23      A   If he says that's what he does or that's
24   how he trains, I just have to take him at his word that
25   that's what he does. The problem is -- and also I don't
```

Page 87

```
 1   know -- let me back up one second. Looking at the two
 2   examples that I gave you on these notices of revocations,
 3   Form Number 1513915 is a notice of revocation involving
 4   State Patrol from the Jefferson County Office, and the
 5   date on that notice is 02 -- February 10 of '05.
 6          And then the Form Number 1570101 is from
 7   State Patrol, Weld County Office, and that looks like it
 8   was for an arrest on --
 9      Q   8/31?
10      A   -- 8/31/07. And I don't know -- I don't
11   recall if there was a question or he put in his report
12   when this training -- when that part of the training took
13   place. So I don't know if it was after August 31 of '07
14   or whether the '05 one might have been different and they
15   might have been trained differently back then.
16      Q   Here's what I'm getting at. Do you --
17      A   Obviously there's some troopers that are
18   not following that line of training.
19      Q   Have you ever talked to police officers
20   about this issue in the last, I don't know, 10 years?
21      A   Yes.
22      Q   And have they told you how they're trained
23   about these notice of revocation forms?
24      A   No. But the officer that I talked to --
25   because I would see this issue coming up by certain
```

Page 88

```
 1   members of the Denver DUI team, I talked to one of their
 2   officers, Dan Dunn, D-U-N-N, and pointed out to him --
 3   and it may have been during an expressed consent hearing,
 4   although I don't know how we would ever go back and trace
 5   which one it was, but I believe I talked to him after
 6   that. He said that he brought it up to his superiors or
 7   whatever, and he's one of the leading, I think. He's not
 8   a supervisor, but he's more senior in that division.
 9          And so I think I talked to him after that.
10   And he said that they had -- he brought it up, and they
11   changed, and now they're issuing them.
12      Q   So Dan Dunn told you that they -- that the
13   Denver Police Department now issues temporary permits?
14      A   The officers don't have discretion in that
15   situation.
16      Q   Okay. But what I'm getting at is, I want
17   to know about your personal knowledge of how officers are
18   actually trained and if you have personal knowledge of
19   how officers are actually trained.
20      A   I don't. I can say, no, I don't today,
21   no, I don't. I know how I was trained, but that was a
22   long time ago. And the fact of the matter is, I don't
23   think that under POST guidelines, I don't know that they
24   have a section on this. And then what you have is you
25   have -- I don't even know what the number is anymore -- X
```

Page 89

```
 1   amount of different law enforcement agencies that have --
 2   that follow POST guidelines, but they have their own --
 3   like, Denver has their own police academy, Aurora has
 4   their own police academy, Arapahoe County has their own
 5   police academy. And then many officers in smaller
 6   departments go out to, I think, Camp George West to be
 7   trained.
 8          And so I don't know that there is or is
 9   not, first of all, any training on this form under POST
10   guidelines, or if any specific agency does or does not
11   have any training on this, or if a field training
12   officer, just on his or her own, trains an officer that
13   way. So I don't know. And I don't know if there is
14   training; and if there is, if it's uniform.
15      Q   Okay. But Dan Dunn -- he told you that --
16   or at least I guess it was unclear. Did he actually tell
17   you Denver Police Department at one time didn't issue
18   temporary permits, and now we do, because we looked at
19   it; or what did he say?
20      A   We never talked about how you were
21   trained. I think -- and, again, this is paraphrasing, I
22   said, Hey, I keep on noticing this situation where these
23   things aren't being issued. And I can tell you that I
24   know that Denver is different because I would get a lot
25   of these back that didn't have people's signature on it.
```

23 (Pages 86 to 89)

Claudia R. Booton, RPR          303.831.1667          Bruno Reporting Company