IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00029-RPM

BUCK MALOY MELTON,

    Plaintiff,

v.

CITY OF GUNNISON, COLORADO;
OFFICER RONALD MOORE, individually, and
OFFICER GRACE COWAN, individually,

    Defendants.
_____

## JUDGMENT
_____

    Pursuant to the Order Granting Defendants' Motion for Summary Judgment entered by Senior Judge Richard P. Matsch on June 4, 2008, it is

    ORDERED that this civil action is dismissed with prejudice.  Defendants are awarded statutory costs upon the filing of a bill of costs within ten days.

    DATED: June 4th, 2008

                         FOR THE COURT:

                         GREGORY C. LANGHAM, Clerk

                             s/M. V. Wentz
                        By_____
                                Deputy