NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME (ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30 OR 9:00 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.

## BILL OF COSTS

| UNITED STATES DISTRICT COURT | DISTRICT<br>Colorado |
|---|---|
| Buck Maloy Melton.,<br>v.<br>City of Gunnison, Colorado; Officer Ronald Moore; Officer Grace Cowan | DOCKET NO.<br>07-cv-29-RPM |
| | MAGISTRATE CASE NO. |

Judgment having been entered in the above entitled action on June 4, 2008 against Plaintiff and in favor of Defendants, the clerk is requested to tax the following as costs:

### BILL OF COSTS

| | |
|---|---|
| Fees for the Clerk............................................................................................ | $_____ |
| Fees for service of summons and complaint...................................................... | $_____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case............*see attached*............................................ | $   2,111.20 |
| Fees and disbursements for printing.................................................................. | $_____ |
| Fee for witnesses (itemized on reverse side)...................................................... | $_____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case............................................................................................ | $_____ |
| Docket fees under 28 U.S.C. § 1923................................................................. | $_____ |
| Costs incident to taking of depositions.............................................................. | $_____ |
| Costs as shown on Mandate of Court of Appeals............................................... | $_____ |
| Other costs (Please itemize)............................................................................... | $_____ |
| | $_____ |
| Please review and comply with D.C.Colo.L.Civ.R. 54.1 | $_____ |
| (See Notice section on reverse side) | $_____ |
| **TOTAL** | $   2,111.20 |

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to: See Attached Certificate of Service

Signature of Attorney_____s/ Elliot Scott_____

Print Name ___Elliot J. Scott_____ Phone Number (303) 320-0509_____

For: Defendants_____Date June 16, 2008_____
   Name of Claiming Party

| Please take notice that I will appear before the Clerk who will tax said costs on the following day and time: | Date and Time – July 2, 2008 at 9:00 AM |
|---|---|
| Costs are hereby taxed in the following amount and included in the judgment: | Amount Taxed<br>$ |
| CLERK OF COURT<br>GREGORY C. LANGHAM | (BY) DEPUTY CLERK            DATE |

| WITNESS FEES (Computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE Total | | SUBSISTENCE Total | | MILEAGE Total | | Total Cost Each Witness |
| | Days | Cost | Days | Cost | Miles | Cost | |
| | | | | | | | |
| | | | | | TOTAL | | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28 which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

**D.C. Colo. LR 54.1 Taxation of Costs**
"Each judgment or the final order shall indicate which party or parties are entitled to costs. A bill of costs must be filed on the form provided by the court within ten days after entry of the judgment or final order. Costs will be taxed by the clerk or a designated deputy. Prior to appearance before the clerk, counsel for the party seeking costs shall file a written statement that a reasonable effort has been made, in conference with opposing counsel, to resolve disputes regarding costs. If costs are resolved, a stipulation setting forth the amount of costs shall be filed with the court."

00287199

Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case

| Date | Deponent(s) / events | Vendor | Amount |
|---|---|---|---|
| 10/02/2007 | Buck Melton | Bruno Reporting Co. | $ 708.60 |
| 10/09/2007 | Grace Cowan Greg Anderson | Attorneys Service Center, Inc. | $ 353.20 |
| 12/17/20007 | Gary Pirosko, Esq. | Bruno Reporting Co. | $ 429.10 |
| 04/25/2007 | May 11, 2006 and June 2, 2006 Hearings | Steven Blankenship | $ 591.30 |
| 6/16/2007 | Feb. 28, 2006 DMV Hearing | A/V Tronics, Inc. | $ 29.00 |
| TOTAL | | | $ 2111.20 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of June, 2008, a true and correct copy of the above and foregoing **BILL OF COSTS** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

Sean McDermott, Esq.
smcdermott@mhmlawfirm.com

s/ Elliot J. Scott

00308394.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00029-RPM

BUCK MALOY MELTON,

Plaintiff,

v.

CITY OF GUNNISON, COLORADO; OFFICER RONALD MOORE, individually, and OFFICER GRACE COWAN, individually,

Defendants.

---

**AFFIDAVIT OF ELLIOT J. SCOTT**

---

**ELLIOT J. SCOTT**, being first duly sworn, deposes and states as follows:

1. I am an attorney duly licensed to practice law in the State of Colorado. My principal area of practice is in the defense of claims against public entities and their employees. I am counsel of record for Defendants in this matter.

2. Defendants Bill of Costs seeks costs incurred when Defendants obtained deposition and hearing transcripts that were necessary for use in this case, for the proper defense of this case, and for preparation of this case for trial. The costs for these materials include fees paid to the court reporters. Defendant paid a total of $2,111.20 to these court reporters. [Invoices, appended hereto as **Exhibit A**].

3. The above-listed costs are correct, have been necessarily incurred in the case, and the services for which fees have been charged were actually and necessarily performed.

4. Pursuant to D.C.COLO.LCivR 54.1, I further state that reasonable efforts have been made to confer with counsel for Plaintiff, Mr. Sean McDermott, to resolve this matter without a costs hearing. The parties have agreed to attempt to resolve the matter and, if they can agree, file a stipulation in advance of the selected hearing date.

**FURTHER AFFIANT SAYETH NAUGHT.**

s/ Elliot J. Scott
Elliot J. Scott

STATE OF COLORADO  )
                   ) ss.
COUNTY OF DENVER   )

SUBSCRIBED AND SWORN to before me this 16th day of June, 2008, by Elliot J. Scott.

s/ Barbara Ortell
Notary Public

My Commission expires



My Commission Expires 01/23/2009

2

**EXHIBIT A**

# BRUNO REPORTING COMPANY
899 Logan Street, Suite 208
Denver, Colorado 80203
303-831-1667 fax 303-831-4432

SENTER GOLDFARB & RICE, LLC
1700 BROADWAY
SUITE 1700
DENVER, CO 80290

ERIC M. ZIPORIN, ESQ.

BUCK MELTON V CITY OF GUNNISON, ET AL

**INVOICE NO. :** 22443
**INVOICE DATE:** 10/23/2007
**REPORTER:** SHARON HAWLEY

**ID#** 84-1356404



| Date | Description | Amount |
|---|---|---|
| | DEPOSITION TRANSCRIPTION SERVICES FOR BUCK MELTON | |
| 10/02/2007 | ATTENDANCE & NOTARY FEE | 80.00 |
| | ORIGINAL & ONE COPY -174 PP | 617.70 |
| | EXHIBIT MANAGEMENT | 0.90 |
| | HANDLING CHARGE FOR ORIGINAL TRANSC | 10.00 |
| | Sub Total | 708.60 |
| | Paid | 0.00 |
| | Balance Due | 708.60 |

Attorneys Service Center, Inc.
Court Reporting & Videoconferencing
475 Seventeenth Street, Suite 450
Denver, CO 80202
(303) 295-3376   Fax (303) 295-1441

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 10201 | 10/25/2007 | 01-4744 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/09/2007 | REED | |

| CASE CAPTION |
|---|
| MELTON v. CITY OF GUNNISON |
| **TERMS** |
| Due upon receipt |

Eric M. Ziporin, Esq.
Senter Goldfarb & Rice, LLC
1700 Broadway
Suite 1700
Denver, CO 80290

RECEIVED OCT 30 2007

```
*DEPOSITION TRANSCRIPT COPY OF:
    GRACE COWAN                                                      199.20

*DEPOSITION TRANSCRIPT COPY OF:
    GREG ANDERSON                                                    154.00
                                                                 ─────────
                                        TOTAL    DUE   >>>>         353.20
```

TAX ID NO.: 45-0479008                                      (303) 320-0509

*Please detach bottom portion and return with payment.*

---

Eric M. Ziporin, Esq.
Senter Goldfarb & Rice, LLC
1700 Broadway
Suite 1700
Denver, CO 80290

```
Invoice No.:  10201
Date       :  10/25/2007
TOTAL DUE  :      353.20


Job No.    :  01-4744
Case No.   :
MELTON v. CITY OF GUNNISON
```

Remit To:   **Attorneys Service Center, Inc.**
            **Court Reporting & Videoconferencing**
            **475 Seventeenth Street, Suite 450**
            **Denver, CO 80202**

RECEIVED

JAN 16 2008

SENTER GOLDFARB
& RICE, LLC.

**BRUNO REPORTING COMPANY**
899 Logan Street, Suite 208
Denver, Colorado 80203
303-831-1667 fax 303-831-4432

SENTER GOLDFARB & RICE, LLC
1700 BROADWAY
SUITE 1700
DENVER, CO 80290

ELLIOTT J. SCOTT, ESQ.

MELTON V CITY OF GUNNISON, ET AL
07-CV-00029

INVOICE NO.: 22700
INVOICE DATE: 12/21/2007
REPORTER:
CLAUDIA BOOTON

ID#  84-1356404

REMINDER

| Date | Description | Amount |
|---|---|---|
|  | DEPOSITION TRANSCRIPTION SERVICES FOR GARY PIROSKO, ESQ. |  |
| 12/17/2007 | ATTENDANCE & NOTARY FEE | 50.00 |
|  | ORIGINAL & ONE COPY - 103 PGS | 365.65 |
|  | EXHIBIT MANAGEMENT | 3.45 |
|  | HANDLING CHARGE FOR ORIGINAL TRANSC | 10.00 |
|  | Sub Total | 429.10 |
|  | Paid | 0.00 |
|  | Balance Due | 429.10 |

April 25, 2007

Steven E. Blankinship
478 Fairway Lane
Gunnison, CO  81230


Sheileen O'Hayre
Paralegal
Senter Goldfarb & Rice, L.L.C.
1700 Broadway, Suite 1700
Denver, CO  80209


Dear Ms. O'Hayre,

    I am writing in regards to Gunnison case 06 T 03 (People v. Melton).  Per your request, transcripts of the proceedings that occurred on May 11, 2006 and June 2, 2006 before the Honorable Judge Ben F. Eden have been prepared.  The total cost of the transcripts are $591.30 [the transcript are $589.85 ($2.35 x 251 pages) and there is $1.45 fee for shipping and handling].  This reporter is in receipt of a deposit in the amount of $300.00.  As such, please submit payment in the amount of 291.30 as the difference between the total cost and the deposit to:

                                          Steven E. Blankinship
                                          478 Fairway Lane
                                          Gunnison, CO  81230

Sincerely yours,

*/s/ original signature to be mailed with the transcripts*
Steven E. Blankinship

| **A/V TRONICS, INC.** | |
|---|---|
| 600 17th Street, Suite 2800<br>Denver, CO 80202<br>(303) 634-2295   (303) 484-5015 (fax)<br>EIN 86-0673295 | **DEPOSIT REQUEST FORM - DMV**<br><br>**PLEASE COMPLETE FORM IN ITS ENTIRETY** |

**Payment of Deposits are to be made to A/V Tronics Denver office listed above**

| Ordering Party: | Eric M. Ziporin, Esq. | Phone No: | (303) 320-0509 | Date: | 6/16/2008 |
|---|---|---|---|---|---|
| Attorney Name: | Eric Ziporin | Law Firm: | Senter Goldfarb & Rice, L.L.C. | | |
| Ordering Party Address: | 1700 Broadway, Suite 1700<br>Denver, Colorado 80290 | | | | |
| Email Address: | | Fax. No: | (303) 320-0210 | | |
| Case Name: | Buck Melton | | | Case No. | 06-3488 |
| Hearing Date(s): | February 28, 2006 | Appeal: | NO BUT MUST BE CERTIFIED | Total Time of Hearing: | 21:34:1 |
| Hearing Officer: | Robert Leib | Delivery by: | ☐ U.S. Mail   ☐ E-mail (select one) | | |
| Order Completed by: | Dawn Leick Kemp | Email: | Dawn@avtronics.com | Phone: | (303) 634-2295 |

**ESTIMATE FOR DEPOSIT.** Please see information below for deposit amount.

| Transcript Copy (10 business days from receipt of deposit) | $.50 /pg. X   18   est pages = | $ 9.00 |
|---|---|---|
| Administrative fee | 20.00 | 20.00 |
| **TOTAL DEPOSIT REQUIRED** | | $ 29.00 |

| Mailing: | Additional charge for mailing transcript of $7.00<br>(Ordering parties will be charged for courier expenses on expedited requests) | Mail: | ☐ Yes   ☐ No |
|---|---|---|---|

**Transcripts will not be processed until full deposit is received by A/V Tronics. Deposits are to be mailed to: A/V Tronics, Inc., 600 17th Street, Suite 2800 Denver, CO 80202. For Credit Card deposits, please call 303-634-2295.**

Payment accepted only via firm check (attorneys only), cashier's check, or money order payable to A/V Tronics. Due to transcript time frames, deposits need to be sent out as soon as possible from receipt of this request. Orders received after 12:00 pm will be processed the following day.

**Signature of Ordering Party:** _____

**Method of Payment:**
- ☐ Cashiers Check/Money Order
- ☐ Visa
- ☐ Firm Check
- ☐ Master Card

| Card Number: | | Exp. Date: | |
|---|---|---|---|
| Billing Address: | | | |

| For A/V use only | | | |
|---|---|---|---|
| | Deposit not received; order cancelled on (date): | | Init. |
| | Original transcript delivered on (date): | | Init. |