

# MINITRANSCRIPT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CIVIL ACTION NO. 07-CV-00029-RPM-PAC

DEPOSITION OF: GREG ANDERSON
EXAMINATION DATE: October 9, 2007

BUCK MALOY MELTON,

Plaintiff,

v.

CITY OF GUNNISON, COLORADO; OFFICER RONALD
MOORE, Individually; and OFFICER GRACE COWAN,
Individually,

Defendants.

## APPEARANCES

SEAN M. McDERMOTT, ESQ.
ERIC ZIPORIN, ESQ.

EXHIBIT 1

Page 47

1 sheriff's department?
2    A   That is correct, the Gunnison
3 County Sheriff's Office.
4    Q   So you don't know what they do.
5 It would be up to them if they want to go over it
6 with them again or not. They would be in charge
7 of giving him his property?
8    A   That would be correct, yes.
9    Q   Chief, you would agree with me
10 that the statute says that the officer shall
11 issue a permit?
12    A   If you are talking specifically
13 about what it says right here in the Title 42 of
14 the Colorado Revised Statutes, what the wording
15 here is in the book, I will agree that it does
16 say, "shall serve" -- or wait, yes, it does say
17 that the officer acting on behalf of the
18 department shall issue a temporary permit, which
19 is valid for seven days after its date of
20 issuance.
21    Q   Do you know why there is a
22 discrepancy between the statute and the form
23 that's issued by the Department of Revenue?
24    A   No, I do not know why.
25    Q   I take it the department has

Page 48

1 never offered any explanation for that?
2    A   Are you referring to the
3 Department of Revenue?
4    Q   Yes, Department of Revenue,
5 excuse me, yes.
6    A   No, I've never heard a reason for
7 that.
8    Q   Okay. And from what you've said,
9 it sounds like you don't know specifically of
10 your city attorney's office having any discussion
11 with the Department of Revenue with respect to
12 that discrepancy?
13    A   Not that I'm aware of.
14    Q   Okay. Prior to the -- before I
15 ask this question, I'm really not trying to be a
16 smart aleck, so if it comes out the wrong way, I
17 apologize. Prior to the issuance of this
18 lawsuit, did you know that there was a
19 discrepancy between the statute and the form with
20 respect to the words "shall" and "may"?
21    A   No, I did not.
22    Q   Since this lawsuit, have you
23 discussed that discrepancy with Sergeant Brown?
24    A   Yes, I have.
25    Q   What has Sergeant Brown said with

Page 49

1 respect to the discrepancy?
2    A   The State of Colorado --
3 throughout the state of Colorado, law enforcement
4 agencies rely upon the DR Form 2576 to provide
5 guidance. And that's the form they follow.
6    Q   Does your department keep track
7 of drivers that an officer -- excuse me.
8       Does your department keep track of
9 permits that the arresting officer refuses to
10 issue?
11    A   Only in the sense that we keep
12 arrests -- we keep all our arrest reports, police
13 reports on file. Would I be able to retrieve and
14 see how many times a particular officer has had
15 somebody refuse, I could calculate that.
16    Q   Okay. You would need to go back
17 and look at that, though. It is not something
18 that a separate statistic is kept on, if I'm
19 understanding correct?
20    A   That is correct. We don't keep
21 statistics. I could calculate that. We have all
22 the arrest reports and we could go through it if
23 necessary.
24    Q   Okay. When you -- let me ask it
25 this way: Have you discussed with any other

Page 50

1 police departments the discrepancy between the
2 statute and the form?
3    A   Yes, I have.
4    Q   Okay. And which departments were
5 those?
6    A   Montrose and Lakewood.
7    Q   Okay. And were those in the same
8 conversation that you already -- the same
9 conversation that you talked about?
10    A   I think so, yes, that is correct.
11    Q   What was the explanation that
12 Lakewood gave you of the discrepancy?
13    A   The DR Form 2576 is the form that
14 we follow in the state of Colorado. That is the
15 form that was put out by the State of Colorado
16 and the Department of Revenue.
17    Q   Okay. Is it your understanding
18 that if someone refuses a chemical test, they can
19 or cannot be issued the permit, the temporary
20 permit?
21    A   If you're asking if they refuse
22 to take the breath, urine, blood, saliva tests,
23 is it my understanding they could still be issued
24 a temporary permit?
25    Q   Yes.