IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00029-RPM

BUCK MALOY MELTON,

    Plaintiff,

v.

CITY OF GUNNISON, COLORADO;
OFFICER RONALD MOORE, individually, and
OFFICER GRACE COWAN, individually,

    Defendants.
_____

ORDER DENYING MOTION TO RECONSIDER
_____

    Upon consideration of the Motion to Reconsider the Court's Order Granting Summary Judgment as Applied to the City of Gunnison [38] it is

    ORDERED that the motion is denied.

    DATED: June 18th, 2008

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior Judge