REC'D JUN 17 2008

Case 1:07-cv-00029-RPM   Document 37   Filed 06/16/2008   Page 1 of 12

NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME (ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:00 OR 9:00 **FILED**
A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.                                                 UNITED STATES DISTRICT COURT
                                                                                                     DENVER, COLORADO

## BILL OF COSTS

| UNITED STATES DISTRICT COURT | DISTRICT<br>Colorado | JUL - 2 2008 |
|---|---|---|
| Buck Maloy Melton.,<br>v.<br>City of Gunnison, Colorado; Officer Ronald Moore;<br>Officer Grace Cowan | DOCKET NO.<br>07-cv-29-RPM | GREGORY C. LANGHAM<br>CLERK |
|  | MAGISTRATE CASE NO. |  |

Judgment having been entered in the above entitled action on June 4, 2008 against Plaintiff and in favor of Defendants, the clerk is requested to tax the following as costs:

### BILL OF COSTS

| | |
|---|---|
| Fees for the Clerk.................................................................................. | $_____ |
| Fees for service of summons and complaint........................................... | $_____ |
| Fees of the court reporter for all or any part of the transcript necessarily<br>obtained for use in the case.................*see attached*............................... | $   2,111.20 |
| Fees and disbursements for printing........................................................ | $_____ |
| Fee for witnesses (itemized on reverse side).......................................... | $_____ |
| Fees for exemplification and copies of papers necessarily obtained<br>for use in the case..................................................................................... | $_____ |
| Docket fees under 28 U.S.C. § 1923....................................................... | $_____ |
| Costs incident to taking of depositions................................................... | $_____ |
| Costs as shown on Mandate of Court of Appeals.................................... | $_____ |
| Other costs (Please itemize).................................................................... | $_____ |
| | $_____ |
| Please review and comply with D.C.Colo.L.Civ.R. 54.1 | $_____ |
| (See Notice section on reverse side) | $_____ |
| **TOTAL** | $   2,111.20 |

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to: See Attached Certificate of Service

Signature of Attorney _____s/ Elliot J. Scott_____

Print Name _____Elliot J. Scott_____ Phone Number (303) 320-0509

For: Defendants _____ Date June 16, 2008
    Name of Claiming Party

| Please take notice that I will appear before the Clerk who will tax said costs on the following day and time: | Date and Time – July 2, 2008 at 9:00 AM |
|---|---|
| Costs are hereby taxed in the following amount and included in the judgment: | Amount Taxed<br>$ 1618.88 |
| CLERK OF COURT<br>GREGORY C. LANGHAM | (BY) DEPUTY CLERK           DATE<br>_____ 7/2/08 |

Document Selection Menu

*[handwritten: As' for S.J. Mtn. #27]*

Multiple Documents

Select the document you wish to view.

| Part | Description | |
|---|---|---|
| 1 | Main Document | 25 pages |
| 2 | Exhibit A | 6 pages |
| 3 | Exhibit A, Attachment 1 | 3 pages |
| 4 | Exhibit B | 8 pages — *Dep. Grace Cowan T/S - 2/22/06 Proceedings* |
| 5 | Exhibit C | 19 pages — *Dep. Rush Melton T/S* |
| 6 | Exhibit D | 5 pages — *6/2/06 Criminal Trial* |
| 7 | Exhibit E | 4 pages |
| 8 | Exhibit F | 2 pages |
| 9 | Exhibit G | 3 pages — *Dep. Greg Anderson* |
| 10 | Exhibit H | 5 pages |
| 11 | Exhibit I | 5 pages |

View All or Download All   85 pages

Document Selection Menu

Multiple Documents

Select the document you wish to view.

| Part | Description | |
|---|---|---|
| 1 | Main Document | 10 pages |
| 2 | Exhibit J | 2 pages |

View All  or  Download All  12 pages

Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case

| Date | Deponent(s) / events | Vendor | Amount | |
|---|---|---|---|---|
| 10/02/2007 | Buck Melton | Bruno Reporting Co. | $~~708.60~~ | 585.00 |
| 10/09/2007 | Grace Cowan<br>Greg Anderson | Attorneys Service Center, Inc. | $ 353.20 | ✓ |
| 12/17/20007 | Gary Pirosko, Esq. | Bruno Reporting Co. | $~~429.10~~ | 355.97 |
| 04/25/2007 | May 11, 2006 and June 2, 2006 Hearings | Steven Blankenship | $~~591.30~~ ÷2 = | 90.65 |
| 6/16/2007 | Feb. 28, 2006 DMV Hearing | A/V Tronics, Inc. | $ 29.00 | ✓ |
| TOTAL | | | $~~2111.20~~ | 1618.88 |

→ No apparent citation to this proceeding in the dispositive motion.

— E. Butler

**BRUNO REPORTING COMPANY**
899 Logan Street, Suite 208
Denver, Colorado 80203
303-831-1667 fax 303-831-4432

| | |
|---|---|
| SENTER GOLDFARB & RICE, LLC<br>1700 BROADWAY<br>SUITE 1700<br>DENVER, CO 80290 | INVOICE NO.: 22443<br>INVOICE DATE: 10/23/2007<br>REPORTER:<br>SHARON HAWLEY |
| ERIC M. ZIPORIN, ESQ.<br>BUCK MELTON V CITY OF GUNNISON, ET AL | ID# 84-1356404 |



| Date | Description | Amount |
|---|---|---|

DEPOSITION TRANSCRIPTION SERVICES
FOR BUCK MELTON

| 10/02/2007 | ATTENDANCE & NOTARY FEE | 80.00 |
|---|---|---|
| | ORIGINAL & ONE COPY 174 PP | 617.70 |
| | EXHIBIT MANAGEMENT | 0.90 |
| | HANDLING CHARGE FOR ORIGINAL TRANSC | 10.00 |
| | Sub Total | 708.60 |
| | Paid | 0.00 |
| | Balance Due | 708.60 |

*Handwritten annotations:*

"Cost of one original or one copy is awardable under 28 USC §1920;

80% of combined amount is what is awarded."

617.70 × .80 = 494.16

708.60 − 123.54 = 585.06

(ATTENDANCE and ONE COPY crossed out)

Attorneys Service Center, Inc.
Court Reporting & Videoconferencing
475 Seventeenth Street, Suite 450
Denver, CO 80202
(303) 295-3376   Fax (303) 295-1441

RECEIVED
OCT 30 2007

Eric M. Ziporin, Esq.
Senter Goldfarb & Rice, LLC
1700 Broadway
Suite 1700
Denver, CO 80290

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 10201 | 10/25/2007 | 01-4744 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 10/09/2007 | REED | |

**CASE CAPTION**

MELTON v. CITY OF GUNNISON

**TERMS**

Due upon receipt

| | |
|---|---|
| *DEPOSITION TRANSCRIPT COPY OF:<br>   GRACE COWAN | 199.20 |
| *DEPOSITION TRANSCRIPT COPY OF:<br>   GREG ANDERSON | 154.00 |
| TOTAL DUE >>>> | 353.20 |

TAX ID NO.: 45-0479008                                              (303) 320-0509

*Please detach bottom portion and return with payment.*

Eric M. Ziporin, Esq.
Senter Goldfarb & Rice, LLC
1700 Broadway
Suite 1700
Denver, CO 80290

Invoice No.: 10201
Date        : 10/25/2007
**TOTAL DUE** :    353.20

Job No.  : 01-4744
Case No. :
MELTON v. CITY OF GUNNISON

Remit To:   Attorneys Service Center, Inc.
            Court Reporting & Videoconferencing
            475 Seventeenth Street, Suite 450
            Denver, CO 80202

RECEIVED

JAN 15 2008

SENTER GOLDFARB
& RICE, L.L.C.

**BRUNO REPORTING COMPANY**
899 Logan Street, Suite 208
Denver, Colorado 80203
303-831-1667 fax 303-831-4432

SENTER GOLDFARB & RICE, LLC
1700 BROADWAY
SUITE 1700
DENVER, CO 80290

ELLIOTT J. SCOTT, ESQ.
MELTON V CITY OF GUNNISON, ET AL
07-CV-00029

INVOICE NO.:    22700
INVOICE DATE:   12/21/2007
REPORTER:
CLAUDIA BOOTON

ID#  84-1356404

REMINDER

| Date | Description | Amount |
|---|---|---|
|  | DEPOSITION TRANSCRIPTION SERVICES FOR GARY PIROSKO, ESQ. |  |
| 12/17/2007 | ATTENDANCE & NOTARY FEE | 50.00 |
|  | ORIGINAL & ONE COPY - 103 PGS | 365.65  × .80 = $292.52 |
|  | EXHIBIT MANAGEMENT | 3.45 |
|  | HANDLING CHARGE FOR ORIGINAL TRANSC | 10.00 |
|  | Sub Total | 429.10 |
|  | Paid | 0.00 |
|  | Balance Due | 429.10  − 73.13 |
|  |  | − $ |
|  |  | = 355.97 |

April 25, 2007

Steven E. Blankinship
478 Fairway Lane
Gunnison, CO  81230

Sheileen O'Hayre
Paralegal
Senter Goldfarb & Rice, L.L.C.
1700 Broadway, Suite 1700
Denver, CO  80209

Dear Ms. O'Hayre,

    I am writing in regards to Gunnison case 06 T 03 (People v. Melton). Per your request, transcripts of the proceedings that occurred on May 11, 2006 and June 2, 2006 before the Honorable Judge Ben F. Eden have been prepared. The total cost of the transcripts are $591.30 [the transcript are $589.85 ($2.35 x 251 pages) and there is $1.45 fee for shipping and handling]. This reporter is in receipt of a deposit in the amount of $300.00. As such, please submit payment in the amount of 291.30 as the difference between the total cost and the deposit to:

                              Steven E. Blankinship
                              478 Fairway Lane
                              Gunnison, CO  81230

Sincerely yours,

*/s/ original signature to be mailed with the transcripts*
Steven E. Blankinship

*[Handwritten annotations: "$295.65" near the total cost line; "May 11" is crossed out; "$591.30" is crossed out. Margin note: "As this invoice does not differentiate the costs of the 2 proceedings, the cost awarded is 1/2 the total. — Ed Butler"]*

**A/V TRONICS, INC.**
600 17th Street, Suite 2800
Denver, CO 80202
(303) 634-2295   (303) 484-5015 (fax)

EIN 86-0673295

# DEPOSIT REQUEST FORM - DMV

**PLEASE COMPLETE FORM IN ITS ENTIRETY**

**Payment of Deposits are to be made to A/V Tronics Denver office listed above**

| | | | |
|---|---|---|---|
| Ordering Party: | Eric M. Ziporin, Esq. | Phone No: (303) 320-0509 | Date: 6/16/2008 |
| Attorney Name: | Eric Ziporin | Law Firm: Senter Goldfarb & Rice, L.L.C. | |
| Ordering Party Address: | 1700 Broadway, Suite 1700 Denver, Colorado 80290 | | |
| Email Address: | | Fax. No: (303) 320-0210 | |
| Case Name: | Buck Melton | | Case No. 06-3488 |
| Hearing Date(s): | February 28, 2006 | Appeal: NO BUT MUST BE CERTIFIED | Total Time of Hearing: 21:34:1 |
| Hearing Officer: | Robert Leib | Delivery by:  ☐ U.S. Mail  ☐ E-mail (select one) | |
| Order Completed by: | Dawn Leick Kemp | Email: Dawn@avtronics.com  Phone: (303) 634-2295 | |

**ESTIMATE FOR DEPOSIT. Please see information below for deposit amount.**

| | | | |
|---|---|---|---|
| Transcript Copy (10 business days from receipt of deposit) | $.50  /pg.  X | 18  est pages = | $ 9.00 |
| Administrative fee | 20.00 | | 20.00 |
| **TOTAL DEPOSIT REQUIRED** | | | $ 29.00 |

Mailing: Additional charge for mailing transcript of $7.00
(Ordering parties will be charged for courier expenses on expedited requests)

Mail:  ☐ Yes   ☐ No

## Transcripts will not be processed until full deposit is received by A/V Tronics. Deposits are to be mailed to: A/V Tronics, Inc., 600 17th Street, Suite 2800 Denver, CO 80202. For Credit Card deposits, please call 303-634-2295.

Payment accepted only via firm check (attorneys only), cashier's check, or money order payable to A/V Tronics. Due to transcript time frames, deposits need to be sent out as soon as possible from receipt of this request. Orders received after 12:00 pm will be processed the following day.

**Signature of Ordering Party:** _____

**Method of Payment:**
☐ Cashiers Check/Money Order     ☐ Firm Check
☐ Visa                            ☐ Master Card

| Card Number: | | Exp. Date: | |
|---|---|---|---|
| Billing Address: | | | |

| For A/V use only | | | |
|---|---|---|---|
| | | | |
| | Deposit not received; order cancelled on (date): | | Init. |
| | Original transcript delivered on (date): | | Init. |