**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  07-CV-00029-RPM-PAC

BUCK MALOY MELTON,

        Plaintiff,

v.

CITY OF GUNNISON, COLORADO, OFFICER RONALD MOORE, Individually and OFFICER GRACE COWAN, Individually

        Defendants.

## MOTION FOR 30 DAY EXTENSION OF TIME TO FILE NOTICE OF APPEAL

Mr. Buck Maloy Melton, through counsel, moves this honorable Court for an extension of time to file his Notice of Appeal.  Mr. Melton states the following as grounds:

1. Mr. Melton wishes to preserve his right to file such appeal.

2. Since July 4 fell on a holiday, Mr. Melton had until July 7 to file a notice of appeal.

3. Mr. Melton does needs to determine which attorney, if any, will be representing him in any appellate proceedings.

4. The undersigned has not conferred with Defendants' counsel.

5. The undersigned does not know what Defendants' position is.

Wherefore, Mr. Melton requests that this Court grant him an extension of time up to and including, Wednesday, August 6, 2008 in order to file his Notice of Appeal.

*s/ Sean M. McDermott*
SEAN M. MCDERMOTT
ATTORNEY AT LAW for Buck Maloy Melton
McDermott, Hansen, & McLaughlin, LLP
1890 Gaylord Street
Denver, CO 80206
Phone 303-399-6037
Fax 303-322-3423
E-mail address:  smcdermott@mhmlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 7th day of July, 2008, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Eric M. Ziporin, Esq.
eziporin@sgrllc.com


Elliott J. Scott, Esq.
escott@sgrllc.com



Bonnie West