```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX011157
Cashier ID: sg
Transaction Date: 07/07/2008
Payer Name: BUCK MELTON
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: BUCK MELTON
 Amount:         $455.00
------------------------------------
CHECK
 Check/Money Order Num: 1038
 Amt Tendered: $455.00
------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

07-CV-00029-RPM


A fee of $45.00 will be assessed on
any returned check.
```