APPEAL, TERMED

# U.S. District Court
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00029-RPM

Melton v. Gunnison, Colorado, City of et al
Assigned to: Judge Richard P. Matsch
Cause: 42:1983 Civil Rights Act

Date Filed: 01/04/2007
Date Terminated: 06/04/2008
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Buck Maloy Melton**     represented by **Sean Michael McDermott**
McDermott, Hansen & McLaughlin
1890 Gaylord Street
Denver, CO 80206-1211
303-399-6037
Fax: 303-322-3423
Email: smcdermott@mhmlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gunnison, Colorado, City of**     represented by **Eric Michael Ziporin**
*(actually named as City of Gunnison, Colorado)*
Senter Goldfarb & Rice, LLC
1700 Broadway
#1700
Denver, CO 80290
303-320-0509
Fax: 303-320-0210
Email: eziporin@sgrllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elliot Jude Scott**
Senter Goldfarb & Rice, LLC
1700 Broadway
#1700
Denver, CO 80290
303-320-0509
Fax: 303-320-0210
Email: escott@sgrllc.com

**Defendant**

**Ronald Moore**  
*Officer, Individually*

represented by **Eric Michael Ziporin**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Elliot Jude Scott**  
(See above for address)

**Defendant**

**Grace Cowan**  
*Officer, Individually*

represented by **Eric Michael Ziporin**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Elliot Jude Scott**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/04/2007 | 1 | COMPLAINT against Gunnison, Colorado, City of, Ronald Moore, Grace Cowan ( Filing fee $ 350, Receipt Number 273486) Summons not issued, filed by Buck Maloy Melton. (Attachments: # 1 Civil Cover Sheet # 2 Receipt)(llr, ) (Entered: 01/05/2007) |
| 04/11/2007 | 2 | WAIVER OF SERVICE Returned Executed by Buck Maloy Melton. Gunnison, Colorado, City of waiver sent on 3/8/2007, answer due 5/7/2007. (McDermott, Sean) (Entered: 04/11/2007) |
| 04/11/2007 | 3 | WAIVER OF SERVICE Returned Executed by Buck Maloy Melton. Grace Cowan waiver sent on 3/8/2007, answer due 5/7/2007. (McDermott, Sean) (Entered: 04/11/2007) |
| 04/11/2007 | 4 | WAIVER OF SERVICE Returned Executed by Buck Maloy Melton. Ronald Moore waiver sent on 3/8/2007, answer due 5/7/2007. (McDermott, Sean) (Entered: 04/11/2007) |
| 04/25/2007 | 5 | NOTICE of Entry of Appearance by Eric Michael Ziporin on behalf of Gunnison, Colorado, City of, Ronald Moore, Grace Cowan (Ziporin, Eric) (Entered: 04/25/2007) |
| 04/25/2007 | 6 | NOTICE of Entry of Appearance by Elliot Jude Scott on behalf of Gunnison, Colorado, City of, Ronald Moore, Grace Cowan (Scott, Elliot) (Entered: 04/25/2007) |
| 04/25/2007 | 7 | MOTION to Dismiss by Defendants Gunnison, Colorado, City of, Ronald Moore, Grace Cowan. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Ziporin, Eric) (Entered: 04/25/2007) |
| 05/15/2007 | 8 | RESPONSE to Motion re 7 MOTION to Dismiss filed by Plaintiff Buck |

|  |  |  |
|---|---|---|
|  |  | Maloy Melton. (McDermott, Sean) (Entered: 05/15/2007) |
| 05/23/2007 | 9 | ERRATA re 8 Response to Motion *To Dismiss* by Plaintiff Buck Maloy Melton. (McDermott, Sean) (Entered: 05/23/2007) |
| 05/24/2007 | 10 | REPLY to Response to Motion re 7 MOTION to Dismiss filed by Defendants Gunnison, Colorado, City of, Ronald Moore, Grace Cowan. (Ziporin, Eric) (Entered: 05/24/2007) |
| 05/25/2007 | 11 | ORDER setting Scheduling Conference for 7/10/2007 10:30 AM in Conference Room before Judge Richard P. Matsch. Signed by Judge Richard P. Matsch on 05/25/07. (jjh, ) (Entered: 05/25/2007) |
| 05/25/2007 | 12 | ORDER denying Defendants' 7 Motion to Dismiss. Signed by Judge Richard P. Matsch on 05/25/07.(jjh, ) (Entered: 05/25/2007) |
| 06/04/2007 | 13 | ANSWER to Complaint with Jury Demand by Gunnison, Colorado, City of, Ronald Moore, Grace Cowan.(Ziporin, Eric) (Entered: 06/04/2007) |
| 07/10/2007 | 14 | Minute Entry - Courtroom Minutes for Scheduling Conference held on 7/10/2007 before Judge Richard P. Matsch. ORDERED: Revised scheduling order to be submitted by July 17, 2007. (Court Reporter ECR - K. Terasaki) (rpmcd) (Entered: 07/10/2007) |
| 07/17/2007 | 15 | SCHEDULING ORDER: Discovery due by 12/31/2007. Dispositive Motions due by 1/31/2008. Signed by Judge Richard P. Matsch on 07/17/07. (jjh, ) (Entered: 07/17/2007) |
| 10/03/2007 | 16 | Unopposed MOTION For Extension of Time to *Serve Discovery Responses* by Defendants Gunnison, Colorado, City of, Ronald Moore, Grace Cowan. (Scott, Elliot) (Entered: 10/03/2007) |
| 10/03/2007 | 17 | Minute ORDER granting Defendants' Unopposed 16 Motion for Extension of Time to Serve Discovery Responses by 10/05/07 by Judge Richard P. Matsch on 10/03/07.(jjh, ) (Entered: 10/03/2007) |
| 10/05/2007 | 18 | Unopposed MOTION for Protective Order by Defendants Gunnison, Colorado, City of, Ronald Moore, Grace Cowan. (Attachments: # 1 Proposed Order (PDF Only))(Scott, Elliot) (Entered: 10/05/2007) |
| 10/12/2007 | 19 | Stipulation PROTECTIVE ORDER. Signed by Judge Richard P. Matsch on 10/12/07. (jjh, ) (Entered: 10/12/2007) |
| 10/12/2007 | 20 | Unopposed MOTION For Extension of Time to *Serve Expert Disclosures* by Plaintiff Buck Maloy Melton. (McDermott, Sean) (Entered: 10/12/2007) |
| 10/12/2007 | 21 | ORDER granting Unopposed 20 Motion for Extension of Time to Serve Expert Disclosures. Plaintiff's expert disclosure deadline is 10/19/07. Signed by Judge Richard P. Matsch on 10/12/07.(jjh, ) (Entered: 10/12/2007) |
| 01/09/2008 | 22 | MOTION to Compel by Defendants Gunnison, Colorado, City of, Ronald Moore, Grace Cowan. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Scott, Elliot) (Entered: |

| | | |
|---|---|---|
| | | 01/09/2008) |
| 01/11/2008 | 23 | MINUTE ORDER Setting Hearing on Motion to Compel 22 on 1/14/2008 at 02:00 PM in Courtroom A before Judge Richard P. Matsch by Judge Richard P. Matsch on 1/11/2008. (rpmcd) (Entered: 01/11/2008) |
| 01/13/2008 | 24 | RESPONSE to Motion re 22 MOTION to Compel filed by Plaintiff Buck Maloy Melton. (McDermott, Sean) (Entered: 01/13/2008) |
| 01/14/2008 | 25 | ORDER setting Calendar Call for 2/29/2008 08:30 AM in Courtroom A before Judge Richard P. Matsch. Signed by Judge Richard P. Matsch on 01/14/08. (jjh, ) Modified on 1/14/2008 to correct spelling error (jjh, ). (Entered: 01/14/2008) |
| 01/14/2008 | 26 | Minute Entry - Courtroom Minutes for Motion Hearing held on 1/14/2008 before Judge Richard P. Matsch. ORDERED: Defendants' Motion to Compel, filed January 9, 2008 22 , is denied. (Court Reporter FTR - K. Terasaki) (rpmcd) (Entered: 01/14/2008) |
| 01/31/2008 | 27 | MOTION for Summary Judgment by Defendants Gunnison, Colorado, City of, Ronald Moore, Grace Cowan. (Attachments: # 1 Exhibit A, # 2 Exhibit A, Attachment 1, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I) (Scott, Elliot) (Entered: 01/31/2008) |
| 02/22/2008 | 28 | Unopposed MOTION for Extension of Time to File Response/Reply *To Defendants' Motion For Summary Judgment* by Plaintiff Buck Maloy Melton. (McDermott, Sean) (Entered: 02/22/2008) |
| 02/29/2008 | 29 | Minute Entry - Courtroom Minutes for Docket Call held on 2/29/2008 before Judge Richard P. Matsch. ORDERED: Unopposed Motion for Extension of Time to File Response to Defendants' Motion for Summary Judgment, filed February 22, 2008 28 , is granted to and including March 3, 2008. Response due by 3/3/2008. Four Day Jury Trial set for 8/11/2008 at 08:30 AM in Courtroom A before Judge Richard P. Matsch. (Court Reporter FTR - K. Terasaki) (rpmcd) (Entered: 02/29/2008) |
| 02/29/2008 | 30 | ORDER Setting Trial Date. ORDERED that this matter is set for trial to jury on August 11, 2008, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial, in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Signed by Judge Richard P. Matsch on 02/29/08. (jjh, ) (Entered: 02/29/2008) |
| 03/03/2008 | 31 | RESPONSE to Motion re 27 MOTION for Summary Judgment *and Memorandum Brief* filed by Plaintiff Buck Maloy Melton. (Attachments: # 1 Exhibit Exh 1, # 2 Exhibit Exh. 2, # 3 Exhibit Exh. 3, # 4 Exhibit Exh. 4, # 5 Exhibit Exh. 5, # 6 Exhibit Exh. 6)(McDermott, Sean) (Entered: 03/03/2008) |
| 03/19/2008 | 32 | REPLY to Response to Motion re 27 MOTION for Summary Judgment filed by Defendants Gunnison, Colorado, City of, Ronald Moore, Grace Cowan. (Attachments: # 1 Exhibit J)(Scott, Elliot) (Entered: 03/19/2008) |
| | | |

| | | |
|---|---|---|
| 05/09/2008 | 33 | NOTICE *of Supplemental Authority* re: Motion for Summary Judgment 27 by Defendants Gunnison, Colorado, City of, Ronald Moore, Grace Cowan (Attachments: # 1 Exhibit A)(Scott, Elliot) Modified on 5/12/2008 to create linkage (gms, ). (Entered: 05/09/2008) |
| 05/12/2008 | 34 | Docket Annotation re: 33 Notice (Other). This docket entry was modified to create linkage to Doc #27. Text only entry - no document attached (gms, ) (Entered: 05/12/2008) |
| 06/04/2008 | 35 | ORDER granting 27 Motion for Summary Judgment. Judgment shall enter dismissing this civil action with prejudice and awarding the defendants their statutory costs. Signed by Judge Richard P. Matsch on 06/04/08.(jjh, ) (Entered: 06/04/2008) |
| 06/04/2008 | 36 | JUDGMENT. Ordered that this civil action is dismissed with prejudice. Defendants are awarded statutory costs upon the filing of a bill of costs wihtin 10 days. Signed by Clerk on 06/04/08. (jjh, ) (Entered: 06/04/2008) |
| 06/16/2008 | 37 | Proposed Bill of Costs by Defendants Gunnison, Colorado, City of, Ronald Moore, Grace Cowan. (Scott, Elliot) (Entered: 06/16/2008) |
| 06/16/2008 | 38 | MOTION for Reconsideration *of Order of Summary Judgment As Applied to Defendant City of Gunnison* by Plaintiff Buck Maloy Melton. (Attachments: # 1 Exhibit Exhibit One: Deposition of Chief Anderson) (McDermott, Sean) (Entered: 06/16/2008) |
| 06/18/2008 | 39 | ORDER Denying 38 Motion to Reconsider re: 35 Order on Motion for Summary Judgment. Signed by Judge Richard P. Matsch on 6/18/2008. (rpmcd) (Entered: 06/18/2008) |
| 07/02/2008 | 40 | Costs Taxed in amount of $ 1618.88 against Plaintiff (jjh, ) (Entered: 07/02/2008) |
| 07/07/2008 | 41 | MOTION For Extension of Time to *File Notice of Appeal* by Plaintiff Buck Maloy Melton. (McDermott, Sean) (Entered: 07/07/2008) |
| 07/07/2008 | 42 | NOTICE OF APPEAL as to 39 Order on Motion for Reconsideration, 36 Clerk's Judgment by Plaintiff Buck Maloy Melton. (Filed Pro se; Plaintiff has Retained Counsel; Filing fee $ 455, receipt number 11157. Notice mailed to all counsel on 07/08/08. (Attachments: # 1 Receipt)(bjr, ) (Entered: 07/08/2008) |