IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00029-RPM

BUCK MALOY MELTON,

               Plaintiff,

v.

CITY OF GUNNISON, COLORADO;
OFFICER RONALD MOORE, individually, and
OFFICER GRACE COWAN, individually,

               Defendants.

**Minute Order Entered by Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

     Plaintiff having timely filed a notice of appeal, the Motion for 30 Day Extension of Time to File Notice of Appeal [41] is moot.

DATED: July 9, 2008