# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker | | Douglas E. Cressler |
| Clerk of Court | July 14, 2008 | Chief Deputy Clerk |

Mr. Buck Maloy Melton
2561 Gold Rush Drive, #1
Colorado Springs, CO 80906

**RE:     08-1247, Melton v. City of Gunnison, et al**
Dist/Ag docket: 1:07-CV-00029-RPM

Dear Mr. Melton:

This appeal was docketed today.

Attorneys for parties must complete and file an entry of appearance form within 10 days
from the date of this letter. Pro se parties must complete and file the form within 30 days
from the date of this letter. *See* 10th Cir. R. 46.1. Appellant's failure to enter an
appearance may cause the appeal to be dismissed. An appellee who fails to enter an
appearance may not receive notice or service of orders.

The district clerk will transmit, to the court of appeals as the record on appeal, copies of
all documents filed in the district court except those excluded by 10th Cir. R. 10.3(E).

Appellant shall file an opening brief within 40 days of the date of this letter. Failure to
file a brief is ground for dismissal without further notice. Motions for extension of time
are not favored and, absent extraordinary circumstances, will not be granted.

Appellant may use the Pro Se Brief form (to be mailed to appellant) or may file a
separate brief. If appellant elects not to use the form, appellant's brief must comply with
the Federal Rules of Appellate Procedure and Tenth Circuit Rules. Failure to file a brief
is grounds for dismissal without further notice.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court


cc:      Elliot Jude Scott
         Eric Michael Ziporin


EAS/jm