**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | July 25, 2008 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. Buck Maloy Melton
2561 Gold Rush Drive, #1
Colorado Springs, CO 80906

Mr. Elliot Jude Scott
Mr. Eric Michael Ziporin
Senter, Goldfarb & Rice
1700 Broadway, Suite 1700
Denver, CO 80290

Mr. Gregory Langham
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**   **08-1247, Melton v. City of Gunnison, et al**
Dist/Ag docket: 1:07-CV-00029-RPM

Dear Appellant, Counsel and Clerk:

Please be advised that the mandate for this case has issued today. The clerk of the originating court or agency shall file accordingly.

                Sincerely,

                Elisabeth A. Shumaker
                Clerk of the Court

EAS/sls