**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**July 25, 2008**

**FOR THE TENTH CIRCUIT**

**Elisabeth A. Shumaker**
**Clerk of Court**

---

BUCK MALOY MELTON,

     Plaintiff - Appellant,

v.

CITY OF GUNNISON, COLORADO;
OFFICER RONALD MOORE,
individually; OFFICER GRACE
COWAN, individually,

     Defendants - Appellees.

No. 08-1247
(D.C. No. 1:07-CV-00029-RPM)

---

ORDER

---

Appellant's motion to dismiss is granted.  10th Cir. R. 27.3(A)(9).

A copy of this order shall stand as and for the mandate of the court.


Entered for the Court


*Elisabeth A. Shumaker*


ELISABETH A. SHUMAKER, Clerk